# EXHIBIT B

## Before March 31, 2010

