# EXHIBIT C

MINUTES OF THE MEETING OF THE MEMBERS
OF TWO MILE PROPERTIES, LLC
March 30, 2010

1. CONVENING OF THE MEETING: A special meeting of the Members of Two Mile Properties, LLC was held the 30t[h] day of March, 2010 at 220 Edwards Street Ext., Rutherfordton, NC 28139, at 8:00 p.m. The meeting was held at a meeting of the entire membership consisting of Joshua B. Farmer and Raymond B. Farmer, who were physically present at this meeting and ratified by their votes all business transacted. Notice requirements applicable to the calling of such a meeting were unanimously waived by the members.

2. BUSINESS
    a. The meeting was called to order
    b. There was then presented to the members: a discussion by the members of the financial situation of the company
    c. Upon motions duly made, seconded and unanimously carried, it was:
        i. RESOLVED, that all assets of the company, including all real and personal property and all tangible and intangible assets, be transferred to the individual members in a ratio equal to each member's proportional membership interest in the company in consideration of the member's assuming liabilities of the company per the company's accounting records.
        ii. RESOLVED, that the company's legal name be changed from Two Mile Properties, LLC to Old Two Mile Properties, LLC.
        iii. RESOLVED, that subsequent to the aforementioned transfer of company assets to and assumption of company liabilities by the members, and subsequent to the legal name change, the company shall be dissolved pursuant to applicable state law.

3. ADJOURNMENT: There being no further business to come before the meeting, it was on motion duly made and seconded, adjourned.

Dated this 30th day of March, 2010

_____          _____
Joshua B. Farmer – Member           Raymond B. Farmer – Member

MINUTES OF THE MEETING OF THE MEMBERS
OF EAST RIDGE APARTMENTS, LLC
March 30, 2010

1. CONVENING OF THE MEETING: A special meeting of the Members of East Ridge Apartments, LLC was held the 30$^h$ day of March, 2010 at 220 Edwards Street Ext., Rutherfordton, NC 28139, at 8:00 p.m. The meeting was held at a meeting of the entire membership consisting of Joshua B. Farmer and Raymond B. Farmer, who were physically present at this meeting and ratified by their votes all business transacted. Notice requirements applicable to the calling of such a meeting were unanimously waived by the members.

2. BUSINESS
   a. The meeting was called to order
   b. There was then presented to the members: a discussion by the members of the financial situation of the company
   c. Upon motions duly made, seconded and unanimously carried, it was:
      i. RESOLVED, that all assets of the company, including all real and personal property and all tangible and intangible assets, be transferred to the individual members in a ratio equal to each member's proportional membership interest in the company in consideration of the member's assuming liabilities of the company per the company's accounting records.
      ii. RESOLVED, that subsequent to the aforementioned transfer of company assets to and assumption of company liabilities by the members, the company shall be dissolved pursuant to applicable state law.

3. ADJOURNMENT: There being no further business to come before the meeting, it was on motion duly made and seconded, adjourned.

Dated this 30th day of March, 2010

_____
Joshua B. Farmer – Member

_____
Raymond B. Farmer – Member

MINUTES OF THE MEETING OF THE MEMBERS
OF Gaffney Apartments, LLC
March 30, 2010

1. CONVENING OF THE MEETING: A special meeting of the Members of Gaffney Apartments, LLC was held the 30th day of March, 2010 at 220 Edwards Street Ext., Rutherfordton, NC 28139, at 8:00 p.m. The meeting was held at a meeting of the entire membership consisting of Joshua B. Farmer and Raymond B. Farmer, who were physically present at this meeting and ratified by their votes all business transacted. Notice requirements applicable to the calling of such a meeting were unanimously waived by the members.

2. BUSINESS
   a. The meeting was called to order
   b. There was then presented to the members: a discussion by the members of the financial situation of the company
   c. Upon motions duly made, seconded and unanimously carried, it was:
      i. RESOLVED, that all assets of the company, including all real and personal property and all tangible and intangible assets, be transferred to the individual members in a ratio equal to each member's proportional membership interest in the company in consideration of the member's assuming liabilities of the company per the company's accounting records.
      ii. RESOLVED, that subsequent to the aforementioned transfer of company assets to and assumption of company liabilities by the members, the company shall be dissolved pursuant to applicable state law.

3. ADJOURNMENT: There being no further business to come before the meeting, it was on motion duly made and seconded, adjourned.

Dated this 30th day of March, 2010

_____
Joshua B. Farmer – Member

_____
Raymond B. Farmer – Member

MINUTES OF THE MEETING OF THE MEMBERS
OF Georgetown Village Apartments, LLC
March 30, 2010

1. CONVENING OF THE MEETING: A special meeting of the Members of Georgetown Village Apartments, LLC was held the 30th day of March, 2010 at 220 Edwards Street Ext., Rutherfordton, NC 28139, at 8:00 p.m. The meeting was held at a meeting of the entire membership consisting of Joshua B. Farmer and Raymond B. Farmer, who were physically present at this meeting and ratified by their votes all business transacted. Notice requirements applicable to the calling of such a meeting were unanimously waived by the members.

2. BUSINESS
    a. The meeting was called to order
    b. There was then presented to the members: a discussion by the members of the financial situation of the company
    c. Upon motions duly made, seconded and unanimously carried, it was:
        i. RESOLVED, that all assets of the company, including all real and personal property and all tangible and intangible assets, be transferred to the individual members in a ratio equal to each member's proportional membership interest in the company in consideration of the member's assuming liabilities of the company per the company's accounting records.
        ii. RESOLVED, that subsequent to the aforementioned transfer of company assets to and assumption of company liabilities by the members, the company shall be dissolved pursuant to applicable state law.

3. ADJOURNMENT: There being no further business to come before the meeting, it was on motion duly made and seconded, adjourned.

Dated this 30th day of March, 2010

_____
Joshua B. Farmer – Member

_____
Raymond B. Farmer – Member

MINUTES OF THE MEETING OF THE MEMBERS
OF Groves Apartments, LLC
March 30, 2010

1. CONVENING OF THE MEETING: A special meeting of the Members of Groves Apartments, LLC was held the 30th day of March, 2010 at 220 Edwards Street Ext., Rutherfordton, NC 28139, at 8:00 p.m. The meeting was held at a meeting of the entire membership consisting of Joshua B. Farmer and Raymond B. Farmer, who were physically present at this meeting and ratified by their votes all business transacted. Notice requirements applicable to the calling of such a meeting were unanimously waived by the members.

2. BUSINESS
   a. The meeting was called to order
   b. There was then presented to the members: a discussion by the members of the financial situation of the company
   c. Upon motions duly made, seconded and unanimously carried, it was:
      i. RESOLVED, that all assets of the company, including all real and personal property and all tangible and intangible assets, be transferred to the individual members in a ratio equal to each member's proportional membership interest in the company in consideration of the member's assuming liabilities of the company per the company's accounting records.
      ii. RESOLVED, that subsequent to the aforementioned transfer of company assets to and assumption of company liabilities by the members, the company shall be dissolved pursuant to applicable state law.

3. ADJOURNMENT: There being no further business to come before the meeting, it was on motion duly made and seconded, adjourned.

Dated this 30h day of March, 2010

_____          _____
Joshua B. Farmer – Member                Raymond B. Farmer – Member

MINUTES OF THE MEETING OF THE MEMBERS
OF Meadow Green Apartments, LLC
March 30, 2010

1. CONVENING OF THE MEETING: A special meeting of the Members of Meadow Green Apartments, LLC was held the 30th day of March, 2010 at 220 Edwards Street Ext., Rutherfordton, NC 28139, at 8:00 p.m. The meeting was held at a meeting of the entire membership consisting of Joshua B. Farmer and Raymond B. Farmer, who were physically present at this meeting and ratified by their votes all business transacted. Notice requirements applicable to the calling of such a meeting were unanimously waived by the members.

2. BUSINESS
    a. The meeting was called to order
    b. There was then presented to the members: a discussion by the members of the financial situation of the company
    c. Upon motions duly made, seconded and unanimously carried, it was:
        i. RESOLVED, that all assets of the company, including all real and personal property and all tangible and intangible assets, be transferred to the individual members in a ratio equal to each member's proportional membership interest in the company in consideration of the member's assuming liabilities of the company per the company's accounting records.
        ii. RESOLVED, that subsequent to the aforementioned transfer of company assets to and assumption of company liabilities by the members, the company shall be dissolved pursuant to applicable state law.

3. ADJOURNMENT: There being no further business to come before the meeting, it was on motion duly made and seconded, adjourned.

Dated this 30th day of March, 2010

_____
Joshua B. Farmer – Member

_____
Raymond B. Farmer – Member

MINUTES OF THE MEETING OF THE MEMBERS
OF Timbercreek Apartments, LLC
March 30, 2010

1. CONVENING OF THE MEETING: A special meeting of the Members of Timbercreek Apartments, LLC was held the 30th day of March, 2010 at 220 Edwards Street Ext., Rutherfordton, NC 28139, at 8:00 p.m. The meeting was held at a meeting of the entire membership consisting of Joshua B. Farmer and Raymond B. Farmer, who were physically present at this meeting and ratified by their votes all business transacted. Notice requirements applicable to the calling of such a meeting were unanimously waived by the members.

2. BUSINESS
    a. The meeting was called to order
    b. There was then presented to the members: a discussion by the members of the financial situation of the company
    c. Upon motions duly made, seconded and unanimously carried, it was:
        i. RESOLVED, that all assets of the company, including all real and personal property and all tangible and intangible assets, be transferred to the individual members in a ratio equal to each member's proportional membership interest in the company in consideration of the member's assuming liabilities of the company per the company's accounting records.
        ii. RESOLVED, that subsequent to the aforementioned transfer of company assets to and assumption of company liabilities by the members, the company shall be dissolved pursuant to applicable state law.

3. ADJOURNMENT: There being no further business to come before the meeting, it was on motion duly made and seconded, adjourned.

Dated this 30[h] day of March, 2010

_____
Joshua B. Farmer – Member

_____
Raymond B. Farmer – Member

MINUTES OF THE MEETING OF THE MEMBERS
OF Wildewood Apartments of Spartanburg, LLC
March 30, 2010

1. CONVENING OF THE MEETING: A special meeting of the Members of Wildewood Apartments of Spartanburg, LLC was held the 30th day of March, 2010 at 220 Edwards Street Ext., Rutherfordton, NC 28139, at 8:00 p.m. The meeting was held at a meeting of the entire membership consisting of Joshua B. Farmer and Raymond B. Farmer, who were physically present at this meeting and ratified by their votes all business transacted. Notice requirements applicable to the calling of such a meeting were unanimously waived by the members.

2. BUSINESS
   a. The meeting was called to order
   b. There was then presented to the members: a discussion by the members of the financial situation of the company
   c. Upon motions duly made, seconded and unanimously carried, it was:
      i. RESOLVED, that all assets of the company, including all real and personal property and all tangible and intangible assets, be transferred to the individual members in a ratio equal to each member's proportional membership interest in the company in consideration of the member's assuming liabilities of the company per the company's accounting records.
      ii. RESOLVED, that subsequent to the aforementioned transfer of company assets to and assumption of company liabilities by the members, the company shall be dissolved pursuant to applicable state law.

3. ADJOURNMENT: There being no further business to come before the meeting, it was on motion duly made and seconded, adjourned.

Dated this 30th day of March, 2010

_____
Joshua B. Farmer – Member

_____
Raymond B. Farmer – Member