**B6A (Official Form 6A) (12/07)**

In re  Farmer (Two Mile Properties, LLC)                          Case No. _____
**Debtor**                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Two Mile Office and Warehouse<br>Value based on tax assessment<br><br>174/220 Edwards Street Extension, Rutherfordton, NC | Fee Simple | | 364,900.00 | 575,568.85 |
| Edwards Street Ext. Land<br>3 unimproved parcels totalling 9.34 acres<br>Value based on tax assessment<br><br>East of Edwards Street Extension<br>Across street from 174 Edwards Street Extension<br>Rutherfordton, NC | Fee Simple | | 47,100.00 | 573,571.92 |
| Winchester Houses<br>Five houses on Winchester Drive<br>Value based on exercise price of option to purchase held by Hansen Industrial Controls<br><br>108, 119, 122, 131, 141 Winchester Drive, Ellenboro, NC | Fee Simple | | 152,500.00 | 136,067.68 |
| | | Total | | |

(Report also on Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc.- ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

**B6A (Official Form 6A) (12/07)**

In re   Farmer (Two Mile Properties, LLC)                              Case No. _____
          **Debtor**                                                                          **(If known)**

# SCHEDULE A - REAL PROPERTY
## (Continuation Page)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Mayse Road Houses<br>Fifteen houses located on Mayse Road<br>Value based on debtor's opinion<br><br>310-391 Mayse Road (except 363), Forest City, NC | Fee Simple | | 400,000.00 | 426,101.47 |
| Mayse Road Lot<br>Unimproved lot of 0.73 acres<br>Value based on debtor's opinion<br><br>At corner of Best Drive and Mayse Road, Forest City, NC | Fee Simple | | 2,000.00 | 26.57 |
| Creekside Mini-Storage<br>81 Mini-storage warehouses<br><br>Value based on debtor opinion<br><br>1240 Overbrook Drive<br>Gaffney, SC | Fee Simple | | 220,000.00 | 430,500.00 |

Total

(Report also on Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

**B6A (Official Form 6A) (12/07)**

In re    Farmer (Two Mile Properties, LLC)                              Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY
## (Continuation Page)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Addison Townhomes<br>54 Apartments<br>together with appliances, fixtures and office furniture and equipment used with property<br>Value by Broker's Price Opinion<br><br>104 Watson Road<br>Taylors, SC | Fee Simple | | 1,000,000.00 | 2,397,486.65 |
| | | Total ➤ | 2,186,500.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2010 © 1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

B6B (Official Form 6B) (12/07)

In re   Farmer (Two Mile Properties, LLC)                    Case No. _____
        **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | RBC Bank - Two Mile Properties, LLC account | | 8.00 |
| | | RBC Bank - Two Mile Properties, LLC - Rutheford County Properties - account | | 6.70 |
| | | Subject to lien of First National Bank of Shelby | | |
| | | RBC Bank - Two Mile Properties, LLC  - Addison Townhomes account | | 148.08 |
| | | Subject to lien of Palmetto Bank | | |
| | | RBC Bank - Two Mile Properties, LLC - Addison Townhomes security deposit account (balance 3,993.00 of resident deposits) | | 0.00 |
| | | Subject to lien of Palmetto Bank | | |
| | | RBC Bank - Two Mile Properties, LLC - Creekside Mini-Storage account | | 596.72 |
| | | Subject to lien of First South Bank | | |
| | | RBC Bank - Two Mile Properties, LLC - Creekside Mini-Storage security deposit account (balance of $177.09 of lessee deposits) | | 0.00 |
| | | Subject to lien of First South Bank | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

B6B (Official Form 6B) (12/07) -- Cont.

In re   Farmer (Two Mile Properties, LLC)                                    Case No. _____
          **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Palmetto Bank - Two Mile Properties, LLC - Creekside Mini-Storage security deposit account (balance of $982.21 of lessee deposits) Subject to lien of First South Bank | | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |

Bankruptcy2010 © 1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

B6B (Official Form 6B) (12/07) -- Cont.

In re   Farmer (Two Mile Properties, LLC)                                           Case No. _____
         **Debtor**                                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | | Promissory Note from Harold & Robin Lytle, Jenny Harbin and Glenwood Klawitter, secured by second deed of trust on 865 Doggett Road, Forest City, NC - current note balance is approx 166,800 subject to Carolina First of approx 156,000<br>Subject to lien of Carolina First Bank | | 10,800.00 |
| | | Accounts Receivable - Addison Townhomes - subject to lender's lien | | 7,723.40 |
| | | Accounts Receivable - Creekside Mini-Storage - subject to lender's lien | | 2,403.80 |
| | | Accounts Receivable - Mayse Road Houses - subject to lender's lien | | 4,640.00 |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | | Insurance claim for roof damage at all apartment properties from 3/26/10 storm | | Unknown |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |

Bankruptcy 2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

B6B (Official Form 6B) (12/07) -- Cont.

In re   Farmer (Two Mile Properties, LLC)   Case No. _____
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 Toyota Prius (VIN:xx8801) - value by appraisal<br>220 Edwards Street Extension<br>Rutherfordton, NC 28139 | | 13,500.00 |
| | | 2008 Toyota Prius (VIN:xx6921) - value by appraisal<br>220 Edwards Street Extension<br>Rutherfordton, NC 28139 | | 13,500.00 |
| | | 2008 Chevrolet Silverado 3500 Flat Bed - value by appraisal<br>220 Edwards Street Extension<br>Rutherfordton, NC 28139 | | 18,500.00 |
| | | 2007 Chevrolet Silverado 2500 HD (VIN:xx8682) - value by appraisal<br>220 Edwards Street Extension<br>Rutherfordton, NC 28139 | | 9,250.00 |
| | | 2007 Chevrolet Silverado 2500 HD (VIN:xx8398) - value by appraisal<br>220 Edwards Street Extension<br>Rutherfordton, NC 28139 | | 9,250.00 |
| | | 2006 Audi A8L - value by appraisal - 50% interest - co-owned with Andrea Farmer<br>220 Edwards Street Extension<br>Rutherfordton, NC 28139 | | 12,750.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re   Farmer (Two Mile Properties, LLC)                                      Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 2008 Land Rover Range Rover - value by appraisal<br>220 Edwards Street Extension<br>Rutherfordton, NC 28139 | | 50,325.00 |
| | | 10 utility trailers - cargo, flat, dump - value by appraisal and purchase price<br>220 Edwards Street Extension<br>Rutherfordton, NC 28139 | | 13,000.00 |
| | | 2002 Ford E-250 Van (poor condition);  2000 (approx. year) Ford Windstar Van (poor condition) - value by appraisal<br>220 Edwards Street Extension<br>Rutherfordton, NC 28139 | | 4,675.00 |
| | | 1988 Chevy G20 Van (very poor); 2003 Jeed Grand Cherokee (fair); 2001 Ford F150 (fair); 2003 Dodge Grand Caravan (poor); 2000 Ford Focus (very poor - body damage) - Value by appraisal<br>220 Edwards Street Extension<br>Rutherfordton, NC 28139 | | 21,600.00 |
| | | 1986 Volvo/White Truck with garbage body - transmission bad - value by purchase price<br>220 Edwards Street Extension<br>Rutherfordton, NC 28139 | | 2,500.00 |
| | | 2003 Audi A6, 82,000 miles, fair condition, transmission slipping - value by NADA | | 14,000.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

**B6B (Official Form 6B) (12/07) -- Cont.**

In re ___Farmer (Two Mile Properties, LLC)_____     Case No. _____
        **Debtor**     **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 220 Edwards Street Extension<br>Rutherfordton, NC 28139 | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Computer servers - 5 years old - value by debtor opinion<br>187 North Washington Street<br>Rutherfordton, NC 28139 | | 4,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Boxxer 421 Carpet Cleaning Machine and associated supplies - value by debtor opinion<br>220 Edwards Street Extension<br>Rutherfordton, NC | | 8,000.00 |
| | | 2007 John Deere 737 Mower - value by debtor opinion<br>220 Edwards Street Extension<br>Rutherfordton, NC 28139 | | 3,000.00 |
| | | Toshiba Copier e-Studio 2500C (3 years old) - value by debtor opinion<br>220 Edwards Street Extension<br>Rutherfordton, NC 28139 | | 4,000.00 |
| | | Speed Queen Washers (8) and Speed Queen Stack Dryers (4) - 2 years old - value by debtor opinion<br>1402 Groves Boulevard<br>North Augusta, SC | | 10,000.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  Farmer (Two Mile Properties, LLC)                          Case No. _____
        **Debtor**                                                                                 **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Building Materials (i.e. cabinets, interior trim), Maintenance Supplies (i.e. electrical, plumbing and HVAC parts), Tools and Equipment (i.e. power tools, hand tools) and Office Equipment - value by appraisal<br><br>220 Edwards Street Extension<br>Rutherfordton, NC 28139 | | 28,415.00 |
| | | Tools and equipment formerly stored at Stonecutter Mill (i.e. woodworking equipment and refrigerant recovery unit (scrap)) - value by appraisal<br>220 Edwards Street Extension<br>Rutherfordton, NC 28139 | | 8,550.00 |
| | | Equipment described in UCC 20080016560K @ NCSOS and 3 20' Cargo Trailers - value by appraisal<br>220 Edwards Street Extension<br>Rutherfordton, NC 28139 | | 60,000.00 |
| | | John Deere Utility Tractor (5+ years old) and various implements, John Deere Gators (2 - very poor condition), Polaris Ranger (wrecked), John Deere 1445 mower (fair condition) - value by appraisal<br>220 Edwards Street Extension<br>Rutherfordton, NC 28139 | | 26,000.00 |
| | | Building Materials formerly located at Stonecutter Mill - (i.e. cabinets, interior and exterior doors, interior trim) - value by appraisal | | 22,220.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re   Farmer (Two Mile Properties, LLC)                                     Case No. _____
       **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 220 Edwards Street Extension<br>Rutherfordton, NC 28139 | | |
| | | Maintenance tools and equipment at various apartment properties - value by appraisal<br>Various apartment properties listed on Schedule A | | 6,550.00 |
| | | Continental Girbau washers (Quan: 8) and dryers (Quan: 8) - damaged by vandalism - value by debtor opinion in light of $9,000 estimated repairs<br>266 Goldmine Springs Road<br>Gaffney, SC | | 4,000.00 |
| | | 2007 Komatsu PC27 excavator - value by debtor opinion<br>220 Edwards Street Extension<br>Rutherfordton, NC 28139 | | 16,000.00 |
| | | John Deere Commercial Walk-Behind Mower - 36" cut - 2 years old<br>220 Edwards Street Ext.<br>Rutherfordton, NC 28139 | | 1,500.00 |
| 30. Inventory. | | Kicthen cabinet order - approximately 50% paid for - debtor defaulted on payment arrangement with vendor - should have paid in full by January 2009 - debtor believes interest has been forfeited<br>Fuzhou, China | | 0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

B6B (Official Form 6B) (12/07) -- Cont.

In re    Farmer (Two Mile Properties, LLC)                              Case No. _____
         **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | _____ 0 _____  continuation sheets attached    Total | | $          411,411.70 |

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy 2010 © 1991-2010, New Hope Software, Inc., ver. 4.5.4-749  -  31669 - Acrobat PDFWriter

B6C (Official Form 6C) (04/10)

In re   Farmer (Two Mile Properties, LLC)                              Case No. _____
               **Debtor**                                                                        **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)                    ☐  Check if debtor claims a homestead exemption that exceeds
                                                       $146,450*.
☐   11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

B6D (Official Form 6D) (12/07)

In re _____Farmer (Two Mile Properties, LLC)_____,   Case No. _____
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

　　　　State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

　　　　 List creditors in alphabetical order to the extent practicable.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m).  If all secured creditors will not fit on this page, use the continuation sheet provided.

　　　　If any entity other than a spouse in a  joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H  - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

　　　　If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

　　　　Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4199　　　　　　　　　　　　　　Alliance Laundry Systems, LLC　Post Office Box 990　Ripon, WI 54971 | | | Lien: PMSI　Security: Speed Queen Washers (8) and Speed Queen Stack Dryers (4) - 2 years old - @ Groves Apartments　　　　　VALUE $　　　10,000.00 | | | X | 24,270.14 | 14,270.14 |
| ACCOUNT NO. 0534　　　　　　　　　　　　　　Audi Financial Services　Post Office Box 3　Hillsboro, OR 97123-0003 | | | Lien: PMSI　Security: 2006 Audi A8L　　　　　　　　　　　VALUE $　　　25,500.00 | | | X | 31,188.28 | 5,688.28 |
| ACCOUNT NO. 5644　　　　　　　　　　　　　　Baytree Leasing Company, LLC　100 Tri-State International　Suite 240　Lincolnshire, IL 60069 | | | Lien: PMSI　Security: Boxxer 421 Carpet Cleaning Machine and associated supplies　　　　　VALUE $　　　8,000.00 | | | X | 8,000.00 | 0.00 |

__4__ continuation sheets attached

Bankruptcy 2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

Subtotal ▶ | $ 63,458.42 | $ 19,958.42
(Total of this page)
Total ▶ | $ | $
(Use only on last page)

(Report also on Summary of Schedules)　(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) – Cont.

In re     Farmer (Two Mile Properties, LLC)                ,          Case No. _____
                        **Debtor**                                                           **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4980<br><br>First National Bank<br>Loan Department<br>Post Office Box 168<br>Shelby, NC 28151 | | | Lien: First Deed of Trust<br>Security: Winchester Houses - Winchester Drive, Ellenboro, NC<br><br>VALUE $         152,500.00 | | | X | 136,067.68 | 0.00 |
| ACCOUNT NO. 5084<br><br>First National Bank<br>Loan Department<br>Post Office Box 168<br>Shelby, NC 28151 | | | Lien: First Deed of Trust<br>Security: Mayse Road Houses - Mayse Road, Forest City, NC<br><br>VALUE $         400,000.00 | | | X | 344,825.98 | 0.00 |
| ACCOUNT NO. 2985<br><br>First National Bank<br>Loan Department<br>Post Office Box 168<br>Shelby, NC 28151 | | | Lien: Second Deed of Trust<br>Security: Mayse Road Houses - Mayse Road, Forest City, NC<br><br>VALUE $         400,000.00 | | | X | 76,789.76 | 21,615.74<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO. 4403<br><br>First National Bank<br>Loan Department<br>Post Office Box 168<br>Shelby, NC 28151 | | | Lien: PMSI<br>Security: Equipment of Two Mile Properties, LLC described in UCC 20080016560K @ NCSOS and (3) 20' cargo trailers<br><br>VALUE $         60,000.00 | | | X | 117,490.95 | 57,490.95 |
| ACCOUNT NO.<br><br>First South Bank<br>Post Office Box 1928<br>Spartanburg, SC 29304-1928 | | | Incurred: 03/2003<br>Lien: First Mortgage<br>Security: Creekside Mini-Storage - 81 mini-storage warehouses - Gaffney, SC<br><br>VALUE $         220,000.00 | | | X | 225,000.00 | 5,000.00 |

Sheet no.  1  of  4  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s)
(Total(s) of this page)     $    900,174.37    $

Total(s)
(Use only on last page)     $              $

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

**B6D (Official Form 6D) (12/07) – Cont**.

In re    Farmer (Two Mile Properties, LLC)                    ,        Case No. _____

**Debtor**                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5074 <br><br> GMAC <br> Post Office Box 380901 <br> Bloomington, MN 55438-0901 | X | | Lien: PMSI <br> Security: 2008 Chevrolet Silverado 3500 Flat Bed <br><br> VALUE $        18,500.00 | | | X | 22,835.45 | 4,335.45 |
| ACCOUNT NO. 0796 <br><br> GMAC <br> Post Office Box 380901 <br> Bloomington, MN 55438-0901 | | | Lien: PMSI <br> Security: 2007 Chevrolet Silverado 2500 HD (VIN:xx8682) <br><br> VALUE $        9,250.00 | | | X | 16,599.72 | 7,349.72 |
| ACCOUNT NO. 9295 <br><br> GMAC <br> Post Office Box 380901 <br> Bloomington, MN 55438-0901 | | | Lien: PMSI <br> Security: 2007 Chevrolet Silverado 2500 HD (VIN:xx8398) <br><br> VALUE $        9,250.00 | | | X | 16,628.46 | 7,378.46 |
| ACCOUNT NO. <br><br> Jim Miller <br> 1010 East North Street <br> Suite A <br> Greenville, SC 29601 | | | Incurred: 03/2003 <br> Lien: Second Mortgage <br> Security: Creekside Mini-Storage - 81 mini-storage warehouses - Gaffney, SC <br><br> VALUE $        220,000.00 | | | X | 200,000.00 | 200,000.00 This amount based upon existence of Superior Liens |
| ACCOUNT NO. 8500 <br><br> John Deere Credit <br> Post Office Box 5327 <br> Madison, WI 53705-0327 | | | Lien: PMSI <br> Security: John Deere Commercial Walk-Behind Mower - 36" cut <br><br> VALUE $        1,500.00 | | | X | 3,189.35 | 1,689.35 |

Sheet no. _2_ of _4_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s) ▶ $ 259,252.98   $
(Total(s) of this page)

Total(s) $   $
(Use only on last page)

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related...)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

B6D (Official Form 6D) (12/07) – Cont.

In re    Farmer (Two Mile Properties, LLC)                ,        Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Land Rover Capital<br>c/o National Bankruptcy Service Center<br>PO Box 537901<br>Livonia, MI 48153-7901 | | | Lien: PMSI<br>Security: 2008 Land Rover Range Rover<br><br>VALUE $            50,325.00 | | | X | 69,462.71 | 19,137.71 |
| ACCOUNT NO. 6485<br><br>Southeastern Toyota Finance<br>Post Office Box  991817<br>Mobile, AL 36691-8817 | | | Lien: PMSI<br>Security: 2008 Toyota Prius (VIN:xx6921)<br><br>VALUE $            13,500.00 | | | X | 19,699.16 | 6,199.16 |
| ACCOUNT NO. 6410<br><br>Southeastern Toyota Finance<br>Post Office Box 991817<br>Mobile, AL 36691-8817 | | | Lien: PMSI<br>Security: 2008 Toyota Prius (VIN: xx8801)<br><br>VALUE $            13,500.00 | | | X | 19,657.14 | 6,157.14 |
| ACCOUNT NO.<br><br>The Palmetto Bank<br>Special Assets<br>815 North Main Street<br>Anderson, SC 29621 | | | Too much text for this space to hold<br><br>VALUE $            364,900.00 | | | X | 573,281.75 | 208,381.75 |
| ACCOUNT NO.<br><br>The Palmetto Bank<br>Special Assets<br>815 North Main Street<br>Anderson, SC 29621 | | | Lien: First Mortgage<br>Security: Addison Townhomes - 54 apartments - Taylors, SC<br><br>VALUE $            1,000,000.00 | | | X | 2,371,486.65 | 1,371,486.65 |

Sheet no.  3  of  4  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s)  ►  $  3,053,587.41  | $
(Total(s) of this page)
Total(s)  ►  $  | $
(Use only on last page)

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749  -  31669 - Acrobat PDFWriter

**B6D (Official Form 6D) (12/07) – Cont**.

In re    Farmer (Two Mile Properties, LLC)                         ,        Case No. _____

**Debtor**                                                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7745<br><br>Wells Fargo Financial Leasing<br>300 Tri-State International<br>Suite 400<br>Lincolnshire, IL 60069-4417 | | | Lien: PMSI<br>Security: Toshiba Copier e-Studio 2500C (3 years old)<br><br>VALUE $          4,000.00 | | | X | 4,000.00 | 0.00 |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |

Sheet no. __4__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (s) ▶<br>(Total(s) of this page) | $          4,000.00 | $          0.00 |
| Total(s) ▶<br>(Use only on last page) | $      4,280,473.18 | $  1,936,180.50 |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related...) |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 -   31669 - Acrobat PDFWriter

**B6E (Official Form 6E) (04/10)**

In re ___Farmer (Two Mile Properties, LLC)_____,    Case No._____
　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)( 5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy 2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

B6E (Official Form 6E) (04/10) - Cont.

In re ___Farmer (Two Mile Properties, LLC)_____,     Case No._____
               Debtor                                                          (if known)

☐   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

___4___  **continuation sheets attached**

B6E (Official Form 6E) (04/10) - Cont

In re __Farmer (Two Mile Properties, LLC)_____,   Case No. _____
         **Debtor**                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)   Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Cherokee County Tax Collector Post Office Box 1267 Gaffney, SC 29342 | | | 2009 ad valorem taxes for Creekside Mini-Storage | | | | 5,500.00 | 5,500.00 | 0.00 |
| ACCOUNT NO. Cherokee County Tax Collector Post Office Box 1267 Gaffney, SC 29342 | | | 2010 ad valorem property taxes for 1/1/2010 to 4/5/2010 | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. Greenville County Tax Collector 301 University Ridge Greenville, SC 29601-3665 | | | 2008 ad valorem taxes for Addison Townhomes | | | | 47,500.00 | 47,500.00 | 0.00 |
| ACCOUNT NO. Greenville County Tax Collector 301 University Ridge Greenville, SC 29601-3665 | | | 2009 ad valorem taxes for Addison Townhomes | | | | 26,000.00 | 26,000.00 | 0.00 |

Sheet no. __1__ of __4__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Totals of this page) ➤ $ 79,000.00 | $ 79,000.00 | $ 0.00

Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) ➤ $

Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) ➤ $

*Bankruptcy 2010 ©1991-2010, New Hope Software, Inc.. ver. 4.5.4-749 - 31669 - Acrobat PDFWriter*

B6E (Official Form 6E) (04/10) - Cont

In re  Farmer (Two Mile Properties, LLC)                     ,     Case No. _____
             Debtor                                                            (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)     Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above..*) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Greenville County Tax Collector<br>301 University Ridge<br>Greenville, SC 29601-3665 | | | 2010 ad valorem property taxes for 1/1/2010 to 4/5/2010 | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO.  9959<br><br>Internal Revenue Service<br>Post Office Box 21126<br>Philadelphia, PA 19114 | | | Incurred: 2009<br>Consideration: Withholding taxes<br>Priority amount, if any, is unknown at this time | | | X | 4,832.50 | 0.00 | 4,832.50 |
| ACCOUNT NO.  2695<br><br>NC Department of Revenue<br>Post Office Box 25000<br>Raleigh, NC 27640-0640 | | | Incurred: 12/07 - 12/08<br>Consideration: Withholding taxes, penalties and interest for Two Mile Properties, LLC<br>Priority amount, if any, is unknown at this time | | | X | 4,681.86 | 0.00 | 4,681.86 |
| ACCOUNT NO.<br><br>Rutherford County Tax Collector<br>Post Office Box 143<br>Rutherfordton, NC  28139 | | | 2010 ad valorem property taxes for Edwards Street Ext. Land from 1/1/2010 to 4/5/2010 | | | | Unknown | Unknown | Unknown |

Sheet no. __2__ of __4__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotal (Totals of this page) | $  9,514.36 | $  0.00 | $  9,514.36 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

*(left margin, vertical text)* Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

**B6E (Official Form 6E) (04/10) - Cont**

In re  Farmer (Two Mile Properties, LLC)                                    ,        Case No. _____

Debtor                                                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)        **Sec. 507(a)(8)**

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above..*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Rutherford County Tax Collector <br> Post Office Box 143 <br> Rutherfordton, NC  28139 | | | 2010 ad valorem taxes for Two Mile Office and Warehouse - 220/174 Edwards Street Extension - from 1/1/2010 to 4/5/2010 | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. <br><br> Rutherford County Tax Collector <br> Post Office Box 143 <br> Rutherfordton, NC  28139 | | | 2010 ad valorem taxes for Mayse Road Lot from 1/1/2010 to 4/5/2010 | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. <br><br> Rutherford County Tax Collector <br> Post Office Box 143 <br> Rutherfordton, NC 28139 | | | Incurred: 2009 <br> 2009 ad valorem taxes for Mayse Road Houses | | | | 4,485.73 | 4,485.73 | 0.00 |
| ACCOUNT NO. <br><br> Rutherford County Tax Collector <br> Post Office Box 143 <br> Rutherfordton, NC 28139 | | | Incurred: 2009 <br> 2009 ad valorem taxes for Mayse Road Lot | | | | 26.57 | 26.57 | 0.00 |

Sheet no. __3__ of __4__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ▶  
(Totals of this page)        | $ 4,512.30 | $ 4,512.30 | $ 0.00 |

Total ▶  
(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)        | $ | | |

Totals ▶  
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)        | $ | $ | $ |

Bankruptcy 2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

B6E (Official Form 6E) (04/10) - Cont

In re Farmer (Two Mile Properties, LLC)_____,   Case No. _____
           Debtor                                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)   Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above..*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Rutherford County Tax Collector<br>Post Office Box 143<br>Rutherfordton, NC 28139 | | | Incurred: 2009<br>2009 ad valorem taxes for Two Mile Office and Warehouse - 220/174 Edwards Street Extension | | | | 2,287.10 | 2,287.10 | 0.00 |
| ACCOUNT NO.<br><br>Rutherford County Tax Collector<br>Post Office Box 143<br>Rutherfordton, NC 28139 | | | Incurred: 2009<br>2009 ad valorem property taxes for Edwards Street Ext. Land | | | | 290.17 | 290.17 | 0.00 |
| ACCOUNT NO.<br><br>Rutherford County Tax Collector<br>Post Office Box 143<br>Rutherfordton, NC 28139 | | | Consideration: Business debt<br>Two Mile Properties, LLC - personal property taxes for vehicles, trailers, equipment | | | | 1,862.40 | 1,862.40 | 0.00 |
| ACCOUNT NO.<br><br>Rutherford County Tax Collector<br>Post Office Box 143<br>Rutherfordton, NC 28139 | | | 2010 ad valorem taxes for Mayse Road Houses from 1/1/2010 to 4/5/2010 | | | | Unknown | Unknown | Unknown |

Sheet no. __4__ of __4__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal
(Totals of this page)   $ 4,439.67   $   $

Total
(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)   $ 97,466.33

Totals
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $   $ 87,951.97   $ 9,514.36

Bankruptcy 2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07)

In re __Farmer (Two Mile Properties, LLC)_____, Case No. _____
           **Debtor**                                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1003 <br><br> American Express <br> P.O. Box 981535 <br> El Paso, TX 79998-1535 | | | Consideration: Credit card debt <br> Business credit card - Two Mile Properties, LLC | | | | 6,374.63 |
| ACCOUNT NO. 1004 <br><br> American Express <br> P.O. Box 981535 <br> El Paso, TX 79998-1535 | | | Consideration: Credit card debt <br> Business credit card - Two Mile Properties, LLC | | | | 24,319.38 |
| ACCOUNT NO. 1005 <br><br> American Express <br> P.O. Box 981535 <br> El Paso, TX 79998-1535 | | | Consideration: Line of credit (unsecured) <br> Business line of credit - Two Mile Properties, LLC | | | | 10,311.37 |
| ACCOUNT NO. 1004 <br><br> American Express <br> P.O. Box 981535 <br> El Paso, TX 79998-1535 | | | Consideration: Credit card debt <br> Business Credit Card - Two Mile Properties, LLC | | | | 6,530.75 |

_____6_____continuation sheets attached

Subtotal ➤ | $ | 47,536.13

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy 2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Farmer (Two Mile Properties, LLC)_____,     Case No. _____
            **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AT&T<br>Post Office Box 105262<br>Atlanta, GA 30348-5262 | | | Consideration: Business debt<br>Communication Services:  Two Mile Properties, LLC | | | | 622.79 |
| ACCOUNT NO.<br><br>AT&T Advertising Solutions<br>10 Patewood Drive<br>Greenville, SC 29615 | | | Consideration: Business debt<br>Business Services for Two Mile Properties, LLC<br>$201.71 - Addison Townhomes<br>$208.05 - Creekside Mini-Storage | | | | 409.76 |
| ACCOUNT NO.<br><br>Belk Architecture<br>735 9th Street<br>Durham, NC 27705-4802 | | | Consideration: Professional services<br>Services for Two Mile Properties, LLC | | | | 20,000.00 |
| ACCOUNT NO.   4789<br><br>Capital One<br>PO Box 30281<br>Salt Lake City UT 84130-0000 | | | Consideration: Credit card debt<br>Business credit card - Two Mile Properties, LLC | | | | 1,619.10 |
| ACCOUNT NO.   4801<br><br>Capital One<br>PO Box 30281<br>Salt Lake City UT 84130-0000 | | | Consideration: Credit card debt<br>Business credit card - Two Mile Properties, LLC | | | | 3,132.03 |

Sheet no. __1__ of __6__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ $  25,783.68

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy 2010 © 1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter*

B6F (Official Form 6F) (12/07) - Cont.

In re  Farmer (Two Mile Properties, LLC)_____,          Case No. _____
                  **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6044<br><br>Carolina First<br>104 South Main Street<br>Poinsett Plaza, 10th Floor<br>Greenville, SC 29601 | | | Secured by 865 Doggett Road, Forest City, realty which is not part of the debtors' estates. | | | | 154,543.19 |
| ACCOUNT NO.<br><br>Cherokee Chronicle<br>423 North Limestone Street<br>Gaffney, SC 29340-1016 | | | Consideration: Business debt<br>Advertising for Two Mile Properties, LLC - Creekside Mini-Storage | | | | 97.50 |
| ACCOUNT NO.<br><br>Duke Energy<br>P.O. Box 1090<br>Charlotte, NC 28201-1090 | | | Consideration: Business debt<br>Services for Two Mile Properties, LLC - Addison Townhomes<br>104 Watson Road, Taylors, SC | | | | 800.00 |
| ACCOUNT NO.  0214<br><br>Equifax Information Services, LLC<br>Post Office Box 105835<br>Atlanta, GA 30348-5835 | | | Consideration: Business debt<br>Business services for Two Mile Properties, LLC | | | | 700.00 |
| ACCOUNT NO.  9884<br><br>Ferguson Enterprises<br>575 Woodruff Road<br>Greenville, SC 29607-3533 | | | Consideration: Business debt<br>Business account for Two Mile Properties, LLC | | | | 1,835.96 |

Sheet no.  2  of  6  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   157,976.65

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter*

B6F (Official Form 6F) (12/07) - Cont.

In re  Farmer (Two Mile Properties, LLC)_____,          Case No. _____
                        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Gaffney Board of Public Works<br>Post Office Box 64<br>Gaffney, SC 29342 | | | Consideration: Utilities<br>For Creekside Mini-Storage | | | | Unknown |
| ACCOUNT NO.<br><br>Gaffney Ledger<br>Post Office Box 670<br>Gaffney, SC 29342 | | | Consideration: Business debt<br>Advertising - Creekside Mini-Storage | | | | 488.74 |
| ACCOUNT NO.  1150<br><br>Greenville Water System<br>P.O. Box 687<br>Greenville, SC 29602-0687 | | | Consideration: Business debt<br>Utility service for Two Mile Properties, LLC<br>Service location: Addison Townhomes<br>104 Watson Road<br>Taylors, SC 29687 | | | | 1,962.66 |
| ACCOUNT NO.<br><br>HD Supply<br>Post Office Box 509058<br>San Diego, CA 92150-9058 | | | Consideration: Business debt<br>Maintenance supplies - Two Mile Properties, LLC | | | | 1,046.28 |
| ACCOUNT NO.<br><br>Janet Tomblin<br>Post Office Box 374<br>Spindale, NC 28160 | | | Gurantee on note secured by Honeysuckle House | | | X | 88,335.27 |

Sheet no. 3 of 6 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 91,832.95

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy 2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re ___Farmer (Two Mile Properties, LLC)_____,          Case No. _____
               **Debtor**                                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7655 <br><br> Lowes Credit <br> Post Office Box 2918 <br> Shawnee Mission, KS 66201 | | | Consideration: Business debt <br> Maintenance Parts | | | | 262.60 |
| ACCOUNT NO. <br><br> Miller/Player & Associates <br> 1010 E. North Street, Suite A <br> Greenville, SC 29601 | | | Consideration: Professional services <br> for Two Mile Properties, LLC - Addison <br> Townhomes | | | | 7,870.14 |
| ACCOUNT NO.  9002 <br><br> Piedmont Natural Gas <br> P.O. Box 33068 <br> Charlotte, NC 28233-3068 | | | Consideration: Business debt <br> Services for Two Mile Properties, LLC - <br> Addison Townhomes <br> 104 Watson Drive, Taylors, SC | | | | 37.13 |
| ACCOUNT NO. <br><br> RealPage, Inc. <br> Post Office Box 671339 <br> Dallas, TX 75267-1339 | | | Consideration: Business debt <br> Business debt for Two Mile Properties, LLC | | | | Unknown |
| ACCOUNT NO. <br><br> Rich Rollar <br> 1230 Gulf Blvd. <br> Unit 1607 <br> Clearwater Beach, FL 33767 | | | Consideration: Business loan (unsecured) <br> Business debt for Two Mile Properties, LLC | | | | 130,000.00 |

Sheet no. __4__ of __6__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      138,169.87

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy 2010 © 1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re ___Farmer (Two Mile Properties, LLC)_____,    Case No. _____
**Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0602<br><br>Sears Commercial One<br>Post Office Box 630859<br>Irving, TX 75063-0859 | | | Consideration: Business debt<br>Business debt for Two Mile Properties, LLC - purchases for Meadow Green Apartments and others | | | | 7,287.50 |
| ACCOUNT NO.<br><br>Spartanburg Herald-Journal<br>Post Office Box 538607<br>Atlanta, GA 30353-8607 | | | Consideration: Business Debt<br>Advertising billed to Two Mile Properties, LLC for Timbercreek, Georgetown Village, East Ridge and Meadow Green | | | | 2,358.83 |
| ACCOUNT NO.  2782<br><br>TRS Recovery Services<br>P.O. Box 4812<br>Houston, TX 77210-4812 | | | Consideration: Business debt<br>Ref. #: 3051122782 - Palmetto Bank | | | | 70.78 |
| ACCOUNT NO.<br><br>Two Mile Enterprises, LLC<br>PO Box 672<br>Rutherfordton, NC 28139 | | | Consideration: Business debt<br>Management fees, reimbursement for salaries and expenses for Addison Townhomes | | | | 14,963.87 |
| ACCOUNT NO.<br><br>Warehouse Design, Inc.<br>Post Office Box 217<br>Thomasville, NC 27360 | | | Consideration: Business debt<br>Professional services - Two Mile Properties, LLC | | | | 600.00 |

Sheet no. _5_ of _6_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $    25,280.98

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy 2010 © 1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Farmer (Two Mile Properties, LLC)                    ,                Case No. _____
                    **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   7745 | | | Consideration: Business debt | | | | |
| Wells Fargo Bank 300 TriState International, Suite 400 Lincolnshire, IL 60069-4417 | | | | | | | 825.04 |
| ACCOUNT NO. | | | Consideration: Business loan (unsecured) Business debt for Two Mile Properties, LLC | | | | |
| Willis and Mary Lange 215 Yelton Street Spindale, NC 28160 | | | | | | | 100,000.00 |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |

Sheet no. _6_ of _6_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 100,825.04

Total ▶ | $ | 587,405.30

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

B6G (Official Form 6G) (12/07)

In re  Farmer (Two Mile Properties, LLC)                              Case No. _____
_____
                    **Debtor**                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the
names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or
contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe,
guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Charter Communications, LLC<br>12405 Powerscourt Drive<br>St. Louis, MO 63131 | Business Internet service agreement and telephone service agreement for Addison Townhomes |
| A.J.S. Exterminators<br>1111 S. Lafayette St.<br>Shelby, NC 28152 | Pest control service agreement at Addison Townhomes |
| AT&T<br>534 Armory<br>Louisville, KY 40202 | Telephone service agreement<br>Location: 220 Edwards Street Ext, Rutherfordton, NC |
| Apartment Finder<br>2305 Newpoint Parkway<br>Lawrenceville, GA 30043 | Advertising service agreement for Addison Townhomes |
| Central Messaging<br>10333 Harwin Drive, Suite 675<br>Houston, TX 77036 | Telephone messaging service agreement for Addison Townhomes |
| Viva Group, Inc.<br>d/b/a Rent.com<br>2425 Olympic Blvd, Suite 400E | Advertising service agreement for Addison Townhomes |
| Waste Management of South Carolina<br>390 Innovation Way<br>Wellford, SC 29385 | Waste removal service agreement - Addison Townhomes<br>Location: 104 Watson Road, Taylors, SC 29687 |

Bankruptcy 2010 © 1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

**B6G (Official Form 6G) (12/07) -- Cont.**

In re Farmer (Two Mile Properties, LLC) _____    Case No. _____
                                    **Debtor**                                                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Coinmach Corporation<br>10405-H Granite Street<br>Charlotte, NC 28273 | Laundry room equipment/service lease agreements for Addison Townhomes |
| Fuzhou Cabinext Furniture Manufacture Co., Ltd.<br>Jin Shan Da Dao 100#, Fuzhou<br>Fujian, P.R. of China<br>Post Code: 350009 | Purchase contract for kitchen cabinet order<br>$30,793.36 paid.<br>$34,124,45 owed.<br>Purchase price should have been paid by January 2009/ |
| Gregory Hansen<br>Rebuild America, LLC<br>541 Cumberland Trail<br>Milford, MI 48381 | Lease/purchase option on Debtor's real property located at Winchester Drive in Ellenboro, NC<br>Exercise price of purchase option is $30,500 per house - five homes remain |
| Two Mile Enterprises, LLC<br>Post Office Box 672<br>Rutherfordton, NC 28139 | Property Management service agreement for Addison Townhomes |
| Various residential tenant leases os residents of property | Units at Addison Townhomes, Creekside Mini-Storage, Mayse Road Houses |
| | |
| | |
| | |

B6H (Official Form 6H) (12/07)

In re ____Farmer (Two Mile Properties, LLC)_____    Case No. _____
          **Debtor**                                                                    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Joshua Farmer | Alliance Laundry Systems, LLC<br>Post Office Box 990<br>Ripon, WI 54971 |
| Andrea Farmer | Audi Financial Services<br>Post Office Box 3<br>Hillsboro, OR 97123-0003 |
| Joshua Farmer | Baytree Leasing Company, LLC<br>100 Tri-State International<br>Suite 240<br>Lincolnshire, IL 60069 |
| Joshua Farmer<br>Andrea Farmer<br>Raymond Farmer<br>Diane Farmer | First National Bank (all loans)<br>Loan Department<br>Post Office Box 168<br>Shelby, NC 28151 |
| Joshua Farmer<br>Raymond Farmer<br>Andrea Farmer<br>Diane Farmer | Jim Miller<br>1010 East North Street<br>Suite A<br>Greenville, SC 29601 |
| Joshua Farmer<br>Andrea Farmer<br>Raymond Farmer<br>Diane Farmer | The Palmetto Bank (Addison Townhomes)<br>Special Assets<br>815 North Main Street<br>Anderson, SC 29621 |
| Joshua Farmer<br>Raymond Farmer | The Palmetto Bank (Two Mile Office and Warehouse)<br>Special Assets<br>815 North Main Street<br>Anderson, SC 29621 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

B6H (Official Form) (12/07) -- Cont.

In re Farmer (Two Mile Properties, LLC)                Case No. _____
            **Debtor**                                                   **(if known)**

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Joshua Farmer<br>Raymond Farmer | Internal Revenue Service (portions of amounts owed)<br>Post Office Box 21126<br>Philadelphia, PA 19114 |
| Joshua Farmer<br>Raymond Farmer | NC Department of Revenue (portions of what is owed)<br>Post Office Box 25000<br>Raleigh, NC 27640-0640 |
| Joshua Farmer (2 accounts)<br>Raymond Farmer (1 account)<br>Andrea Farmer (1 account) | |
| Joshua Farmer (1 account)<br>Andrea Farmer (1 account) | Capital One<br>PO Box 30281<br>Salt Lake City UT 84130-0000 |
| Joshua Farmer (unknown)<br>Raymond Farmer (unknown) | Ferguson Enterprises<br>575 Woodruff Road<br>Greenville, SC 29607-3533 |
| Joshua Farmer<br>Andrea Farmer | Janet Tomblin<br>861 Oakland Road<br>Spindale, NC 28160 |
| Joshua Farmer<br>Raymond Farmer | Rich Rollar<br>1230 Gulf Blvd.<br>Unit 1607<br>Clearwater Beach, FL 33767 |
| Joshua Farmer<br>Andrea Farmer<br>Raymond Farmer<br>Diane Farmer | Willis and Mary Lange<br>215 Yelton Street<br>Spindale, NC 28160 |

Bankruptcy 2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Western District of North Carolina

In re     Farmer (Two Mile Properties, LLC)             Case No. _____

                           Debtor

                                                     Chapter      11

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 3 | $ 2,186,500.00 | | |
| B – Personal Property | YES | 9 | $ 411,411.70 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 5 | | $ 4,280,473.18 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 6 | | $ 97,466.33 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 7 | | $ 587,405.30 | |
| G - Executory Contracts and Unexpired Leases | YES | 2 | | | |
| H - Codebtors | YES | 2 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 0.00 |
| TOTAL | | 36 | $ 2,597,911.70 | $ 4,965,344.81 | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

# United States Bankruptcy Court

### Western District of North Carolina

In re ___Farmer (Two Mile Properties, LLC)___    Case No. _____

            Debtor

            Chapter    ___11___

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

    If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $        N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $        N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $        N.A. |
| Student Loan Obligations (from Schedule F) | $        N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $        N.A. |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $        N.A. |
| TOTAL | $        N.A. |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $        N.A. |
| Average Expenses (from Schedule J, Line 18) | $        N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $        N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $  N.A. |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   N.A. | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $  N.A. |
| 4.  Total from Schedule F | | $  N.A. |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $  N.A. |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  -  31669 - Acrobat PDFWriter

B6 (Official Form 6 - Declaration) (12/07)

Farmer (Two Mile Properties, LLC)

In re _____   Case No. _____
            **Debtor**                                                                  **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____             Signature: _____
                                                         Debtor:

Date _____             Signature: _____
                                               (Joint Debtor, if any)

                                        [If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

        I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,              Social Security No.
of Bankruptcy Petition Preparer                    *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address
X _____        _____
    Signature of Bankruptcy Petition Preparer                  Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual :

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the ___Member_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the Two Mile Properties, LLC _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __38___ sheets *(total shown on summary page plus 1),*and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: ____/s/ Joshua B. Farmer_____

                                                  JOSHUA B. FARMER_____
                                        [Print or type name of individual signing on behalf of debtor.]

        *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy 2010 © 1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

B7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT
## Western District of North Carolina

In Re ___Farmer (Two Mile Properties, LLC)_____    Case No. _____
                                                                                (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1  - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is  a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

---

### 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 2010 | 84,945 (gross revenue) - Rents, Commissions, Management Fees and Misc. Other Income |
| 2009 | 301,665 (gross revenue) - Rents, Commissions, Management Fees and Misc. Other Income |
| 2008 | 1,422,661 (gross revenue) - Rents, Commissions, Management Fees and Misc. Other Income |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

**2.    Income other than from employment or operation of business**

None

☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                    SOURCE

**3.  Payments to creditors**

None

☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

None

☐

*b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Cabinext Fuzhou, China | 1/22/2010 | $10,500 | approx. $25,000 |
| Matt Hencely & Komatsu Financial Altanta, GA (purchase of 2007 Komatsu PC27) | 3/12/2010 | 16,500.00 | 0.00 |
| Palmetto Bank Credit Cards Spartanburg, SC | 3/18/2010 | 38,930.41 | 0 |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Palmetto Bank (Addison loan) Spartanburg, SC | 2/17/2010 and 3/18/2010 | 18,889.60 | 2,371,486.65 |
| Two Mile Enterprises, LLC PO Box 672 Rutherfordton, NC 28139 | Various | 17,006.76 | 14,963.87 |
| First South Bank Post Office Box 1928 Spartanburg, SC 29304-1928 | Various | $6,200.00 | $225,000.00 |

None

☐

    *c. All debtors:*  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Two Mile Enterprises, LLC PO Box 672 Rutherfordton, NC Relationship: Related Company | Various | $38,670.79 | $14,963.87 |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None

☐

    a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Inland Mortgage Capital Corporation v. Groves Apartments, LLC, Joshua B. Farmer, Raymond B. Farmer and Two Mile Properties, LLC 10-CP-02-00687 | Foreclosure and money owed | Aiken County, SC Court of Common Pleas | Pending |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

None   b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.    Repossessions, foreclosures and returns**

None     List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.    Assignments and Receiverships**

None   a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None   b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.   Gifts**

None
☒

     List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.   (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.   Losses**

None
☐

     List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| Roof damage at Addison Townhomes | Very severe thunderstorm accompanied by strong wind and hail passed through the Upstate of South Carolina on 3/26/2010.  All losses are covered by insurance although a deductible will apply | March 26, 2010 |
| Vehicle damage to 2007 Chevrolet 2500 pickup - $11,000 in damage | Single vehicle accident while unloading equipment from trailer - fully covered by insurance and vehicle was repaired | 2009 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

**9.    Payments related to debt counseling or bankruptcy**

None
☐           List all payments made or property transferred by or on behalf of the debtor to any persons, including
attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a
petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| See Lead Cases 10-40269 and 10-40270 | | |

**10.   Other transfers**

None
☐     a.    List all other property, other than property transferred in the ordinary course of the business or financial
affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the
commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Mr. and Mrs. Sisk<br>Rutherfordton, NC<br>Relationship: None | 1/12/2010 | $1,594.63 received for kitchen cabinets sold at fair market value |
| R.T. McKinley<br>Lexington, KY<br>Relationship: None | 11/30/2009 | $3,500 received for interior trim at fair market value |
| Keith Reno<br>Rutherfordton, NC<br>Relationship: None | 11/11/2009 | $1,128.00 received for carpet pad and carpet sold at fair market value |
| Tomblin, Farmer & Morris, PLLC<br>PO Box 632<br>Rutherfordton, NC 28139<br>Relationship: Joshua and Andrea Farmer's law firm | 10/13/2009 | $1,682.90 received for misc. building materials sold at fair market value |
| Carlson-Farmer, Inc.<br>PO Box 350<br>Rutherfordton, NC 28139<br>Relationship: Ray and Diane Farmer's construction company | 5/26/2009 | $243.28 received for misc. building materials sold at fair market value |
| Simply Silver<br>Rutherfordton, NC<br>Relationship: None | 5/11/2009 | $100 received for using company copier at fair market value |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Georgetown Village Apartments, LLC<br>PO Box 632<br>Rutherfordton, NC 28139<br>Relationship: Owned by Farmers | 5/7/2009 | $117 received for misc. maintenance supplies at fair market value |
| Gaffney Apartments, LLC<br>PO Box 632<br>Rutherfordton, NC 28139<br>Relationship: Owned by Farmers | 4/27/2009 | $1.11 received for misc. maintenance supplies at fair market value |
| Groves Apartments, LLC<br>PO Box 632<br>Rutherfordton, NC 28139<br>Relationship: Owned by Farmers | 4/27/2009 | $294.96 received for misc. maintenance supplies at fair market value |
| Timbercreek Apartments, LLC<br>PO Box 632<br>Rutherfordton, NC 28139<br>Relationship: Owned by Farmers | 4/27/2009 | $219.38 received for msic. maintenance supplies at fair market value |
| Dinkmar, Inc.<br>Galion, OH<br>Relationship: None | 2009 | $23,000 received for Dinkmar Leaf Vacuum at fair market value - paid to First National Bank - secured party |

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.   Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| BB&T<br>Rutherfordton, NC | Checking - 5296017851<br><br>Closing Balance: $252.80 | March 2010 |

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| BB&T Rutherfordton, NC | Checking - 5214404003  Closing Balance: 0.00 | April 2010 |
| BB&T Rutherfordton, NC | Checking - 5296018076  Closing Balance: 0.00 | August  2009 |

**12.  Safe deposit boxes**

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None ☐

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 300 Dallas Street Spindale, NC 28160 | | September 2008 (approx) - August 2009 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

**16.  Spouses and Former Spouses**

None



   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

   "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

   "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None



   a.     List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

   b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None



| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Bankruptcy 2010 © 1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☒

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19.  Books, record and financial statements**

None       a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this
☐          bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| SwaimBrown<br>PO Box 6404<br>Spartanburg, SC 29304 | 2006 to date |

None       b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy
☒          case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None       c.    List all firms or individuals who at the time of the commencement of this case were in possession of the
☐          books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Joshua Farmer | 220 Edwards Street Ext.<br>Rutherfordton, NC 28139 |

None       d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☐          financial statement was issued within the two years immediately preceding the commencement of this case by
           the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Palmetto Bank<br>Spartanburg, SC<br>(Financial Statements) | April 2009 |
| First National Bank of Shelby,<br>NC<br>Shelby, NC<br>(Financial Statements) | Fall 2008 |
| Palmetto Bank<br>Spartanburg, SC<br>(Rent rolls and monthly<br>operating statements - when<br>requested) | Various - 2009-2010 |

**20. Inventories**

None ☒    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☒    b.    List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21. Current Partners, Officers, Directors and Shareholders**

None ☐    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| Joshua Farmer<br>PO Box 1117<br>Rutherfordton, NC 28139 | Membership Interest | 50 |
| Raymond Farmer<br>305 Honeysuckle Drive<br>Rutherfordton, NC 28139 | Membership Interest | 50 |

None ☒    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22. Former partners, officers, directors and shareholders**

None ☒    a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

None   b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation
   terminated within one year immediately preceding the commencement of this case.

        NAME AND ADDRESS                          TITLE                    DATE OF TERMINATION

**23.   Withdrawals from a partnership or distribution by a corporation**

None          If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an
   insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other
       perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF<br>RECIPIENT, RELATIONSHIP<br>TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY OR<br>DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

**24.   Tax Consolidation Group**

None          If the debtor is a corporation, list the name and federal taxpayer identification number of the parent
   corporation of any consolidated group for tax purposes of which the debtor has been a member at any time
       within the six-year period immediately preceding the commencement of the case.

        NAME OF PARENT CORPORATION              TAXPAYER IDENTIFICATION NUMBER (EIN)

**25.   Pension Funds**

None          If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund
   to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period
       immediately preceding the commencement of the case.

        NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)

*    *    *    *    *    *

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____   Signature   /s/ Joshua B. Farmer
                                             _____

                                             JOSHUA B. FARMER,
                                             Member
                                             _____
                                             Print Name and Title

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

  0  continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____   _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer   Social Security No. (Required by 11 U.S.C. § 110(c).)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address

X_____   _____
Signature of Bankruptcy Petition Preparer   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter