**B6A (Official Form 6A) (12/07)**

In re   Raymond B. Farmer & Diane P. Farmer

_____

   **Debtor**

Case No. _____

   **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Honeysuckle House - 50% interest<br>House on 16 acres<br>Owned joint with Joshua and Andrea Farmer<br>Value based on broker's price opinion<br><br>305 Honeysuckle Drive<br>Rutherfordton, NC | Tenancy by the Entirety | J | 225,000.00 | 867,071.19 |
| Honeysuckle Lot - 50% interest<br>Unimproved lot of 1.14 acres<br>Adjacent to 305 Honeysuckle Drive<br>Owned joint with Joshua and Andrea Farmer<br>Value based on tax assessment<br><br>Honeysuckle Drive<br>Rutherfordton, NC | Tenancy by the Entirety | J | 11,100.00 | 12,002.00 |

Bankruptcy 2010 ©1991-2010, New Hope Software, Inc., - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

Total ➤   236,100.00

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  Raymond B. Farmer & Diane P. Farmer                    Case No. _____
                          **Debtor**                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | RBC Bank checking account<br>Wachovia Bank checking account<br>BB&T checking account<br>First National Bank checking account | J<br>J<br>J<br>J | 363.45<br>1.97<br>0.00<br>0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposit with Duke Power | J | 600.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods and Furnishings - see attached exhibit, line 5<br>305 Honeysuckle Drive<br>Rutherfordton, NC 28139 | J | 7,900.00 |
| | | HH Goods: couch, loveseat, chair, buffet, childhood momentos<br>McGinnis Self-Storage<br>Highway 108<br>Rutherfordton, NC 28139 | J | 400.00 |
| | | Household decorative pictures, family photographs<br>305 Honeysuckle Drive<br>Rutherfordton, NC | J | 300.00 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Family Bibles, teaching & school books, cookbooks, miscellaneous books | J | 250.00 |

Bankruptcy 2010 ©1991-2010, New Hope Software, Inc.—ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

B6B (Official Form 6B) (12/07) -- Cont.

In re   Raymond B. Farmer & Diane P. Farmer                    Case No. _____
              **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 305 Honeysuckle Drive Rutherfordton, NC | | |
| | | Brazilian rock collection 305 Honeysuckle Drive Rutherfordton, NC 28139 | J | 500.00 |
| 6.   Wearing apparel. | | Clothing, shoes & accessories - 1 adult male, 1 adult female 305 Honeysuckle Drive Rutherfordton, NC  28139 | J | 500.00 |
| 7.   Furs and jewelry. | | Lou Pearlstein light colored fox jacket - value by appraisal 305 Honeysuckle Drive Rutherfordton, NC 28139 | J | 150.00 |
| | | White pearl set (necklace, bracelet, ring), black pearl set (necklace, earrings, ring), black pearl ring, diamond wedding ring - value by appraisal 305 Honeysuckle Drive Rutherfordton, NC 28139 | J | 8,200.00 |
| | | Yellow gold & white gold diamond, gemstone & pearl jewelry (including rings, earrings, chains, bezel-set coins, necklaces, watches) - value by appraisal 305 Honeysuckle Drive Rutherfordton, NC | J | 4,280.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re    Raymond B. Farmer & Diane P. Farmer                         Case No. _____
                  **Debtor**                                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 8.   Firearms and sports, photographic, and other hobby equipment. | | 6 handguns (Glock Model 23, Colt New Service, Walther PPS, S&W 38, Long Savage Mark I, Winchester 1300), 2 rifles (Remington Model 34, Remington Model 700) and ammunition - value by appraisal<br><br>305 Honeysuckle Drive<br>Rutherfordton, NC | J | 1,800.00 |
| 9.   Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | Life Insurance Policy - Insured: Raymond B. Farmer, Beneficiary: Diane P. Farmer - value based on cash surrender value | H | 1,158.40 |
| | | Life Insurance Policy - Insured: Raymond B. Farmer, Beneficiary: Diane P. Farmer - value based on cash surrender value | H | 391.11 |
| | | Life Insurance Policy - Insured: Joshua B. Farmer, Beneficiary: Andrea G. Farmer - value based on cash surrender value | H | 17.39 |
| | | Life Insurance Policy - Insured: Joshua B. Farmer, Beneficiary: Raymond B. Farmer - value based on cash surrender value | H | 141.03 |
| | | Life Insurance Policy - Insured: Caleb J. Farmer, Beneficiary: Raymond B. Farmer - value based on cash surrender value | H | 54.31 |
| | | Life Insurance Policy - Insured: Caleb J. Farmer, Beneficiary: Raymond B. Farmer - value based on cash surrender value | H | 106.88 |
| | | Life Insurance Policy - Insured: Caleb J. Farmer, Beneficiary: Jessica M. Farmer - value based on cash surrender value | H | 163.98 |
| 10.   Annuities.  Itemize and name each issuer. | X | | | |
| 11.   Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

B6B (Official Form 6B) (12/07) -- Cont.

In re   Raymond B. Farmer & Diane P. Farmer                                          Case No. _____
              **Debtor**                                                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Carlson-Farmer, Inc. - 50% interest (liabilities exceed assets) | W | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | Two Mile Construction, LLC - 50% interest (company has no assets) | H | 0.00 |
| | | Two Mile Supply, LLC - 50% interest (company has no assets) | H | 0.00 |
| | | Palmetto Waste Services of the Upstate, LLC - 50% interest (value beased on assets minus liabilities) | H | 1,500.00 |
| | | TBF Holdings, LLC - 50% interest (value based on bank account balance; no other assets or liabilities) | H | 123.81 |
| | | Two Mile Properties, LLC - 50% interest - assets exceed liabilities | H | 0.00 |
| | | Gaffney Apartments, LLC - 50% interest - assets exceed liabilities | H | 0.00 |
| | | East Ridge Apartments, LLC - 50% interest - assets exceed liabilities | H | 0.00 |
| | | Meadow Green Apartments, LLC - 50% interest - assets exceed liabilities | H | 0.00 |
| | | Wildewood Apartments of Spartanburg, LLC - 50% interest - assets exceed liabilities | H | 0.00 |
| | | Timbercreek Apartments, LLC - 50% interest - assets exceed liabilities | H | 0.00 |
| | | Georgetown Village Apartments, LLC - 50% interest - assets exceed liabilities | H | 0.00 |
| | | Groves Apartments, LLC - 50% interest - assets exceed liabilities | H | 0.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

B6B (Official Form 6B) (12/07) -- Cont.

In re   Raymond B. Farmer & Diane P. Farmer                                    Case No. _____
                 **Debtor**                                                                           **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | | General Contractor - Building License<br>Private Pilot's License | H<br>H | 0.00<br>0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | 1960s Volvo Duett - poor condition, not running - 50% interest - value based on debtor opinion<br>305 Honeysuckle Drive<br>Rutherfordton, NC | H | 800.00 |
| | | 2002 Volvo S80, 106,000 miles, fair condition - value by NADA<br>305 Honeysuckle Drive<br>Rutherfordton, NC  28139 | H | 4,075.00 |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  Raymond B. Farmer & Diane P. Farmer                    Case No. _____
         **Debtor**                                                                                  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | | 1 cat, 1 parakeet<br>305 Honeysuckle Drive<br>Rutherfordton, NC | J | 10.00 |
| 32.  Crops - growing or harvested.  Give particulars. | | 1 acre household garden - just planted | H | 0.00 |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | | Miscellaneous garden seed and plants<br>305 Honeysuckle Drive<br>Rutherfordton, NC | H | 200.00 |
| 35.  Other personal property of any kind not already listed. Itemize. | | Deposit with hatchery for 100 chickens | H | 250.00 |

            0        continuation sheets attached    Total    $       34,237.33

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc.- ver. 4.5.4-749 -  31669 - Acrobat PDFWriter

B6C **(Official Form 6C)  (04/10)**

In re   Raymond B. Farmer & Diane P. Farmer                           Case No. _____
                            **Debtor**                                                        **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)                          ☐   Check if debtor claims a homestead exemption that exceeds
☑   11 U.S.C. § 522(b)(3)                                $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2002 Volvo S80, 106,000 miles, fair condition - value by NADA | (Husb)NCGS § IC-1601(a)(3) | 3,500.00 | 4,075.00 |
| Household Goods and Furnishings - see attached exhibit, line 5 | (Husb)NCGS § IC-1601(a)(4) (Wife)NCGS § IC-1601(a)(4) | 3,950.00 3,950.00 | 7,900.00 |
| Clothing, shoes & accessories - 1 adult male, 1 adult female | (Husb)NCGS § IC-1601(a)(4) (Wife)NCGS § IC-1601(a)(4) | 250.00 250.00 | 500.00 |
| RBC Bank checking account | (Husb)NCGS § 1-362 | 363.45 | 363.45 |
| Family Bibles, teaching & school books, cookbooks, miscellaneous books | (Husb)NCGS § IC-1601(a)(4) (Wife)NCGS § IC-1601(a)(4) | 125.00 125.00 | 250.00 |
| Household decorative pictures, family photographs | (Husb)NCGS § IC-1601(a)(4) (Wife)NCGS § IC-1601(a)(4) | 150.00 150.00 | 300.00 |
| Brazilian rock collection | (Husb)NCGS § IC-1601(a)(4) (Wife)NCGS § IC-1601(a)(4) | 250.00 250.00 | 500.00 |
| Lou Pearlstein light colored fox jacket - value by appraisal | (Husb)NCGS § IC-1601(a)(4) (Wife)NCGS § IC-1601(a)(4) | 75.00 75.00 | 150.00 |
| White pearl set (necklace, bracelet, ring), black pearl set (necklace, earrings, ring), black pearl ring, diamond wedding ring - value by appraisal | (Husb)NCGS § IC-1601(a)(2) (Wife)NCGS § IC-1601(a)(2) | 4,100.00 4,100.00 | 8,200.00 |
| Yellow gold & white gold diamond, gemstone & pearl jewelry (including rings, earrings, chains, bezel-set coins, necklaces, watches) - value by appraisal | (Husb)NCGS § IC-1601(a)(2) (Wife)NCGS § IC-1601(a)(2) | 195.00 195.00 | 4,280.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6C (Official Form 6C) (04/10) -- Cont.

In re   Raymond B. Farmer & Diane P. Farmer                              Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 6 handguns (Glock Model 23, Colt New Service, Walther PPS, S&W 38, Long Savage Mark I, Winchester 1300), 2 rifles (Remington Model 34, Remington Model 700) and ammunition - value by appraisal | (Husb)NCGS § IC-1601(a)(2)<br>(Husb)NCGS § IC-1601(a)(4)<br>(Wife)NCGS § IC-1601(a)(2)<br>(Wife)NCGS § IC-1601(a)(4) | 705.00<br>195.00<br>705.00<br>195.00 | 1,800.00 |
| Life Insurance Policy - Insured: Raymond B. Farmer, Beneficiary: Diane P. Farmer - value based on cash surrender value | (Husb)NCGS § IC-1601(a)(6) | 1,158.40 | 1,158.40 |
| Life Insurance Policy - Insured: Raymond B. Farmer, Beneficiary: Diane P. Farmer - value based on cash surrender value | (Husb)NCGS § IC-1601(a)(6) | 391.11 | 391.11 |
| 1 cat, 1 parakeet | (Husb)NCGS § IC-1601(a)(4) | 10.00 | 10.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

B6D (Official Form 6D) (12/07)

In re ___Raymond B. Farmer & Diane P. Farmer_____,     Case No. _____
         **Debtor**     **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

  List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

  If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

  If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

  Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5414<br><br>EMC Mortgage Corporation<br>Attn: Customer Service<br>Post Office 293150<br>Lewisville, TX 75209-3150 | | W | Lien: First Deed of Trust<br>Security: 50% of Honeysuckle House - 305 Honeysuckle Drive, Rutherfordton, NC<br>First Lien on 50% interest of Raymond and Diane only<br>**VALUE $**     450,000.00 | | | X | 678,413.48 | 228,413.48 |
| ACCOUNT NO.<br><br>Janet Tomblin<br>Post Office Box 374<br>Spindale, NC 28160 | X | J | Lien: First Deed of Trust<br>Security: Honeysuckle House - House on 16 acres, Rutherfordton, NC<br>1st lien on 50% interest of Josh and Andrea Farmer<br>3rd lien on 50% interest of Ray and Diane Farmer<br>**VALUE $**     450,000.00 | | | X | 88,335.27 | 88,335.27<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO. 6876<br><br>Specialized Loan Servicing, LLC<br>Post Office Box 636005<br>Littleton, CO 80163-6005 | | W | Lien: Second Deed of Trust<br>Security: 50% of Honeysuckle House - 305 Honeysuckle Drive, Rutherfordton, NC 28139<br>2nd lien on 50% interest of Raymond and Diane Farmer<br>**VALUE $**     450,000.00 | | | X | 100,322.44 | 100,322.44<br>This amount based upon existence of Superior Liens |

___1___ continuation sheets attached

Subtotal ▶    $    867,071.19    $    417,071.19
(Total of this page)

Total ▶    $       $
(Use only on last page)

(Report also on Summary of Schedules)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

**B6D (Official Form 6D) (12/07) – Cont**.

In re   Raymond B. Farmer & Diane P. Farmer                    ,          Case No. _____

          **Debtor**                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2121<br><br>Wachovia Bank, N.A.<br>Post Office Box 13327<br>Roanoke, VA 24040-0343 | | J | Lien: First Deed of Trust<br>Security: Honeysuckle Lot - Lot of 1.14 acres - Adjacent to 305 Honeysuckle Drive, Rutherfordton, NC<br><br>VALUE $            22,200.00 | | | X | 12,002.00 | 0.00 |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (s) ► (Total(s) of this page) | $        12,002.00 | $        0.00 |
| Total(s) ► (Use only on last page) | $      879,073.19 | $    417,071.19 |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related) |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

**B6E (Official Form 6E) (04/10)**

In re  Raymond B. Farmer & Diane P. Farmer _____,    Case No._____
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2010 © 1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

B6E (Official Form 6E) (04/10) - Cont.

In re___Raymond B. Farmer & Diane P. Farmer_____,    Case No._____
                              Debtor                                                      (if known)

☐   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐   **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).


*Amounts are subject to adjustment on  4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy 2010 © 1991-2010, New Hope Software, Inc., - ver. 4.5.4-749  -  31669 - Acrobat PDFWriter

                                        _2_  **continuation sheets attached**

B6E (Official Form 6E) (04/10) - Cont

In re  Raymond B. Farmer & Diane P. Farmer _____ ,  Case No. _____

Debtor                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)  Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9959 <br><br> Internal Revenue Service <br> Post Office Box 21126 <br> Philadelphia, PA 19114 | X | H | Too much text for this space to hold | | | X | 4,832.50 | 0.00 | 4,832.50 |
| ACCOUNT NO. 7429 <br><br> Internal Revenue Service <br> Post Office Box 21126 <br> Philadelphia, PA 19114 | X | H | Incurred: 3rd & 4th Quarter 2009 and 1st Quarter 2Priority amount, if any, is unknown at this time Consideration: TME payroll taxes Priority amount, if any, is unknown at this time | | | X | 99,618.52 | 0.00 | 99,618.52 |
| ACCOUNT NO. 6538 <br><br> NC Department of Revenue <br> Post Office Box 25000 <br> Raleigh, NC 27640-0640 | X | H | Incurred: 2nd, 3rd, 4th Quarters 2009 & 1st QuartePriority, if any, is unknown as this time Consideration: TME payroll taxes Priority, if any, is unknown as this time | | | X | 7,737.96 | 0.00 | 7,737.96 |
| ACCOUNT NO. 2695 <br><br> NC Department of Revenue <br> Post Office Box 25000 <br> Raleigh, NC 27640-0640 | X | H | Incurred: 12/07 - 12/08 Consideration: Withholding taxes, penalties and interest for Two Mile Properties, LLC Priority amount, if any, is unknown at this time | | | X | 4,681.86 | 0.00 | 4,681.86 |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 116,870.84 | $ 0.00 | $ 116,870.84 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

**B6E (Official Form 6E) (04/10) - Cont**

In re  Raymond B. Farmer & Diane P. Farmer                    ,        Case No. _____
_____                                (If known)
                    **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)        Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8777 <br><br> NC Employment Security Commission <br> Post Office Box 26504 <br> Raleigh, NC 27611-6504 | X | H | Incurred: 1st Quarter 2010 Consideration: ESC taxes - Two Mile Enterprises, LLC Listed for notice only - debtors do not believe that they have individual liability | | | X | 5,104.09 | 0.00 | 5,104.09 |
| ACCOUNT NO. 8389 <br><br> SC Department of Revenue <br> Post Office Box 12265 <br> Columbia, SC 29211 | X | H | Incurred: 2nd, 3rd, 4th Quarter 2009 & 1st QuarterPriority amount, if any, is unknown at this time Consideration: TME payroll taxes Priority amount, if any, is unknown at this time | | | X | 16,407.57 | 0.00 | 16,407.57 |
| ACCOUNT NO. 7320 <br><br> SC Employment Security Commission <br> Post Office Box 995 <br> Columbia, SC 29202 | X | H | Too much text for this space to hold | | | X | 5,091.49 | 0.00 | 5,091.49 |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | | | Subtotal (Totals of this page) | ➤ | $ 26,603.15 | $ | $ |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | ➤ | $ 143,473.99 | | |
| | | | | | Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | ➤ | $ | $ 0.00 | $ 143,473.99 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc.- ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07)

In re   Raymond B. Farmer & Diane P. Farmer         ,          Case No. _____
_____
**Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1008 <br><br> American Express <br> P.O. Box 981535 <br> El Paso, TX 79998-1535 | | H | Consideration: Credit card debt <br> Business Account for Two Mile Properties, LLC | | | | 4,382.63 |
| ACCOUNT NO.  3007 <br><br> American Express <br> P. O. Box 981535 <br> El Paso, TX 79998-1535 | | H | Consideration: Credit card debt | | | | 7,898.39 |
| ACCOUNT NO.  1005 <br><br> American Express <br> P.O. Box 981531 <br> El Paso, TX 79998-1531 | | W | Consideration: Credit card debt <br> Business Capital Line for Two Mile Properties, LLC | | | | 7,375.73 |
| ACCOUNT NO.  1540 <br><br> Bank of America <br> P. O. Box 15026 <br> Wilmington, DE 19850-5026 | | W | Consideration: Credit card debt | | | | 2,472.09 |

Bankruptcy 2010 © 1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

____9____continuation sheets attached

Subtotal ➤  | $ | 22,128.84

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Raymond B. Farmer & Diane P. Farmer_____,    Case No. _____
           **Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5882<br><br>BB&T<br>P. O. Box 200<br>Wilson, NC 27894-0200 | | J | Consideration: Overdraft line of credit | | | | 3,207.86 |
| ACCOUNT NO.  6470<br><br>BB&T<br>P. O. Box 698<br>Wilson, NC 27894-0698 | | H | Consideration: Credit card debt | | | | 9,982.23 |
| ACCOUNT NO.  9010<br><br>BB&T<br>P. O. Box 698<br>Wilson, NC 27894-0698 | | W | Consideration: Credit card debt | | | | 6,129.40 |
| ACCOUNT NO.  6044<br><br>Carolina First<br>104 South Main Street<br>Poinsett Plaza, 10th Floor<br>Greenville, SC 29601 | X | H | Secured by 865 Doggett Road, Forest City, NC, realty which is not part of debtors' estates | | | | 154,543.19 |
| ACCOUNT NO.  8377<br><br>Cleveland County Health Department<br>315 E Grover Street<br>Shelby, NC 28150 | | H | Consideration: Medical Services | | | | 135.00 |

Sheet no. __1__ of _9__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 173,997.68

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy 2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Raymond B. Farmer & Diane P. Farmer                    ,        Case No. _____
           **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   0048<br><br>Dell Financial Services<br>PO Box 81577<br>Austin, TX 78708-1577 | | H | Consideration: Computer equipment | | | | 1,158.92 |
| ACCOUNT NO.   0470<br><br>Farm Bureau Bank<br>P.O. Box 3038<br>Evansville, IN 47730-3038 | | W | Consideration: Credit card debt<br>Business Line of Credit for Two Mile Properties, LLC | | | | 19,119.17 |
| ACCOUNT NO.   4980<br><br>First National Bank<br>Loan Department<br>Post Office Box 168<br>Shelby, NC 28151 | X | H | Guarantee of obligation secured by business property | | | X | 136,067.68 |
| ACCOUNT NO.   5084<br><br>First National Bank<br>Loan Department<br>Post Office Box 168<br>Shelby, NC 28151 | X | H | Guarantee of obligation secured by business property | | | X | 344,825.98 |
| ACCOUNT NO.   2985<br><br>First National Bank<br>Loan Department<br>Post Office Box 168<br>Shelby, NC 28151 | X | H | Guarantee of obligation secured by business property | | | X | 76,789.76 |

Sheet no.  2  of  9  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $        577,961.51

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy 2010 © 1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re   Raymond B. Farmer & Diane P. Farmer_____,        Case No. _____
                        **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4403 <br><br> First National Bank <br> Loan Department <br> Post Office Box 168 <br> Shelby, NC 28151 | X | H | Guarantee of obligation secured by business property | | | X | 117,490.95 |
| ACCOUNT NO. <br><br> First National Bank of the South <br> Post Office Box 3508 <br> Spartanburg, SC 29304 | X | H | Guarantee of obligation secured by business property | | | X | 1,950,000.00 |
| ACCOUNT NO. 1286 <br><br> First National of Shelby <br> P. O. Box 168 <br> Shelby, NC 28151 | | J | Consideration: Personal loan | | | | 4,910.58 |
| ACCOUNT NO. <br><br> First South Bank <br> Post Office Box 1928 <br> Spartanburg, SC 29304-1928 | X | H | Incurred: 03/2003 <br> Guarantee of obligation secured by business property | | | X | 225,000.00 |
| ACCOUNT NO. <br><br> GC Services Limited Partnership <br> Collection Services Division <br> 6330 Gulfton <br> Houston, TX 77081 | | W | Collection Agency for American Express Business Capital Line, Acct xx1005 | | | | 0.00 |

Sheet no. __3__ of __9__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 2,297,401.53

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy 2010 © 1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Raymond B. Farmer & Diane P. Farmer_____ ,        Case No. _____
               **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GC Services Limited Partnership<br>P.O. Box 46960<br>St. Loius, MO 63146 | | J | Collection agency for Citibank Mastercard | | | | Notice Only |
| ACCOUNT NO.<br><br>GTV Investors, LLC<br>812 East Main Street<br>Spartanburg, SC 29302 | X | H | Guarantee of obligation secured by business property | | | X | 300,000.00 |
| ACCOUNT NO.<br><br>Harbour Finance Limited<br>Post Office Box 1569<br>Grand Cayman KY1-1110<br>Cayman Islands | X | H | Guarantee of obligation secured by business property | | | X | 1,467,638.00 |
| ACCOUNT NO.<br><br>Harbour Finance Limited<br>Post Office Box 1569<br>Grand Cayman KY1-1110<br>Cayman Islands | X | H | Guarantee of obligation secured by business property | | | X | 1,763,312.00 |
| ACCOUNT NO.<br><br>Inland Mortgage Capital Corporation<br>2901 Butterfield Road<br>Oak Brook, IL 60523 | X | H | Guarantee of obligation secured by business property | | | X | 3,775,000.00 |

Sheet no. __4__ of __9__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $  7,305,950.00

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy 2010 © 1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re   Raymond B. Farmer & Diane P. Farmer_____,    Case No. _____
            **Debtor**                                                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>James Vaughn, Attorney at Law, PC<br>206 North Spruce Street<br>Suite 2A<br>Winston-Salem, NC 27101 | | W | Collection attorney for Farm Bureau Bank | | | | 0.00 |
| ACCOUNT NO.<br><br>Jeff Reynolds<br>354 Sorrento Knolls Drive<br>Blowing Rock, NC 28605 | X | H | Guarantee of obligation secured by business property | | | X | 100,000.00 |
| ACCOUNT NO.<br><br>Jim Miller<br>1010 East North Street<br>Suite A<br>Greenville, SC 29601 | X | H | Incurred: 03/2003<br>Guarantee of obligation secured by business property | | | X | 200,000.00 |
| ACCOUNT NO.<br><br>Keybank Real Estate Capital<br>911 Main Street<br>Suite 1500<br>Kansas City, MO 64105 | X | H | Limited guarantee of obligation secured by business property | | | X | 5,187,060.78 |
| ACCOUNT NO.<br><br>Keybank Real Estate Capital<br>911 Main Street<br>Suite 1500<br>Kansas City, MO 64105 | X | H | Limited guarantee of obligation secured by business property | | | X | 5,317,000.00 |

Sheet no. _5_ of _9_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    10,804,060.78

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy 2010 © 1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re   Raymond B. Farmer & Diane P. Farmer_____,    Case No. _____
                    **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Law Offices of James A. West, P.C.<br>6380 Rogerdale Road, Suite 130<br>Houston, TX  77072 - 1647 | | W | Collection attorney for American Express Business Capital Line, Acct xx1005 | | | | 0.00 |
| ACCOUNT NO.  8555<br>Northland Cable Television<br>Post Office Box 547<br>Forest City, NC 28043 | | H | Consideration: Services<br>Internet service provider | | | | 169.96 |
| ACCOUNT NO.<br>Rich Rollar<br>1230 Gulf Blvd.<br>Unit 1607<br>Clearwater Beach, FL 33767 | X | H | Consideration: Business loan (unsecured)<br>Business debt for Two Mile Properties, LLC | | | | 130,000.00 |
| ACCOUNT NO.  8880<br>Rutherford Hospital<br>288 South Ridgecrest Ave.<br>Rutherfordton, NC 28139 | | W | Consideration: Medical Services | | | | 2,441.54 |
| ACCOUNT NO.  4636<br>Rutherford Hospital<br>288 South Ridgecrest Ave.<br>Rutherfordton, NC 28139 | | W | Consideration: Medical Services | | | | 75.73 |

Sheet no.  6  of  9  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   132,687.23

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy 2010 © 1991-2010, New Hope Software, Inc. - ver. 4.5.4-749  -  31669 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Raymond B. Farmer & Diane P. Farmer                          ,                Case No. _____
                    **Debtor**                                                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  002C<br><br>Rutherford Radiological Assoc., P. A<br>P.O. Box 886<br>Rutherfordton, NC 28139 | | W | Consideration: Medical Services | | | | 11.40 |
| ACCOUNT NO.  002A<br><br>Rutherford Radiological Assoc., P. A.<br>P.O. Box 886<br>Rutherfordton, NC 28139 | | W | Consideration: Medical Services | | | | 42.00 |
| ACCOUNT NO.  002D<br><br>Rutherford Radiological Assoc., P. A.<br>P.O. Box 886<br>Rutherfordton, NC 28139 | | W | Consideration: Medical Services | | | | 46.00 |
| ACCOUNT NO.  002B<br><br>Rutherford Radiological Assoc., P. A.<br>P.O. Box 886<br>Rutherfordton, NC 28139 | | W | Consideration: Medical Services | | | | 137.80 |
| ACCOUNT NO.<br><br>Savannah River Associates<br>Post Office Box 2285<br>Valdosta, GA 31604-2285 | | H | Consideration: Business debt<br>Unsecured note from purchase of Groves Apartments, LLC | | | | 100,000.00 |

Sheet no. __7__ of __9__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $  100,237.20

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy 2010 © 1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Raymond B. Farmer & Diane P. Farmer_____,        Case No. _____
_____Debtor_____                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4475 <br><br> South Carolina Student Loan Consortium <br> P.O. Box 21337 <br> Columbia, SC  29221 | | J | Consideration: Student Loan | | | | 12,673.32 |
| ACCOUNT NO. <br><br> The Palmetto Bank <br> Special Assets <br> 815 North Main Street <br> Anderson, SC 29621 | X | H | Incurred: 09/2006 <br> Guarantee of obligation secured by business property | | | X | 573,281.75 |
| ACCOUNT NO. <br><br> The Palmetto Bank <br> Special Assets <br> 815 North Main Street <br> Anderson, SC 29621 | X | H | Guarantee of obligation secured by business property | | | X | 2,371,486.65 |
| ACCOUNT NO. <br><br> The Palmetto Bank <br> Special Assets <br> 815 North Main Street <br> Anderson, SC 29621 | X | H | Incurred: 2006 <br> Guarantee of obligation secured by business property | | | X | 4,747,931.00 |
| ACCOUNT NO. <br><br> The Palmetto Bank <br> Special Assets <br> 815 North Main Street <br> Anderson, SC 29621 | X | H | Incurred: 2006 <br> Guarantee of obligation secured by business property | | | X | 6,117,777.00 |

Sheet no.  8  of  9  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $   13,823,149.72

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy 2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749  -  31669 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Raymond B. Farmer & Diane P. Farmer _____,    Case No. _____
                    **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>The Palmetto Bank<br>Special Assets<br>815 North Main Street<br>Anderson, SC 29621 | X | H | Guarantee of obligation secured by business property | | | X | 9,709,863.00 |
| ACCOUNT NO.  0600<br><br>Wachovia Bank, N.A.<br>Central Bankruptcy Department, VA 7359<br>P. O. Box 13765 Roanoke, VA 24037 | | J | Consideration: Credit card debt<br>Generally used for business purposes | | | | 25,046.06 |
| ACCOUNT NO.<br><br>Wachovia Bank, N.A.<br>Customer Service Group, NC1075<br>201 South College Street<br>Charlotte, NC 28244 | X | H | Limited guarantee of obligation secured by business property | | | X | 349,171.05 |
| ACCOUNT NO.<br><br>Wachovia Bank, N.A.<br>Customer Service Group, NC1075<br>201 South College Street<br>Charlotte, NC 28244 | X | H | Limited guarantee of obligation secured by business property | | | X | 331,300.00 |
| ACCOUNT NO.<br><br>Willis and Mary Lange<br>215 Yelton Street<br>Spindale, NC 28160 | X | H | Consideration: Business loan (unsecured)<br>Business debt for Two Mile Properties, LLC | | | | 100,000.00 |

Sheet no. 9 of 9 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 10,515,380.11

Total ▶ | $ | 2,803,281.64

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy 2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

**B6G (Official Form 6G) (12/07)**

In re ___Raymond B. Farmer & Diane P. Farmer_____     Case No. _____

_____**Debtor**_____                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

      Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the
names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or
contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe,
guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

**B6H (Official Form 6H) (12/07)**

In re ___Raymond B. Farmer & Diane P. Farmer_____     Case No. _____
                          **Debtor**                                                                    **(if known)**

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Joshua Farmer<br>Andrea Farmer<br>Two Mile Properties, LLC | Janet Tomblin<br>861 Oakland Road<br>Spindale, NC 28160 |
| Joshua Farmer<br>Andrea Farmer | Wachovia Bank, N.A.<br>Post Office Box 13327<br>Roanoke, VA 24040-0343 |
| Joshua Farmer (all obligations) | Internal Revenue Service<br>Post Office Box 21126<br>Philadelphia, PA 19114 |
| Joshua Farmer (all obligations) | NC Department of Revenue<br>Post Office Box 25000<br>Raleigh, NC 27640-0640 |
| Joshua Farmer | NC Employment Security Commission<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 |
| Joshua Farmer | SC Department of Revenue<br>Post Office Box 12265<br>Columbia, SC 29211 |
| Joshua Farmer | SC Employment Security Commission<br>Post Office Box 995<br>Columbia, SC 29202 |
| Two Mile Properties, LLC<br>as to accounts:<br>$4,382.63<br>$7,375.73 | American Express<br>P.O. Box 981531<br>El Paso, TX 79998-1531 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

B6H (Official Form) (12/07) -- Cont.

In re Raymond B. Farmer & Diane P. Farmer                    Case No. _____
_____
              **Debtor**                                                                    **(if known)**

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Joshua Farmer<br>Andrea Farmer<br>Two Mile Properties, LLC | Carolina First<br>104 South Main Street<br>Poinsett Plaza, 10th Floor<br>Greenville, SC 29601 |
| Two Mile Properties, LLC<br>Joshua Farmer<br>Andrea Farmer<br>as to all obligations except personal credit line | First National Bank<br>Loan Department<br>Post Office Box 168<br>Shelby, NC 28151 |
| Georgetown Village Apartments, LLC<br>Joshua Farmer | First National Bank of the South<br>Post Office Box 3508<br>Spartanburg, SC 29304 |
| Two Mile Properties, LLC<br>Joshua Farmer<br>Andrea Farmer | First South Bank<br>Post Office Box 1928<br>Spartanburg, SC 29304-1928 |
| Georgetown Village Apartments, LLC<br>Joshua Farmer | GTV Investors, LLC<br>812 East Main Street<br>Spartanburg, SC 29302 |
| East Ridge Apartments, LLC<br>Joshua Farmer | Harbour Finance Limited<br>Post Office Box 1569<br>Grand Cayman KY1-1110<br>Cayman Islands |
| Wildewood Apartments of Spartanburg, LLC<br>Joshua Farmer | Harbour Finance Limited<br>Post Office Box 1569<br>Grand Cayman KY1-1110<br>Cayman Islands |
| Groves Apartments, LLC<br>Joshua Farmer<br>Andrea Farmer | Inland Mortgage Capital Corporation<br>2901 Butterfield Road<br>Oak Brook, IL 60523 |
| Two Mile Properties, LLC<br>Joshua Farmer<br>Andrea Farmer | Jim Miller<br>1010 East North Street<br>Suite A<br>Greenville, SC 29601 |

B6H (Official Form) (12/07) -- Cont.

In re Raymond B. Farmer & Diane P. Farmer _____   Case No. _____
                                      **Debtor**                                              **(if known)**

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Joshua Farmer<br>Two Mile Properties, LLC | Jeff Reynolds<br>354 Sorrento Knolls Drive<br>Blowing Rock, NC 28605 |
| Gaffney Apartments, LLC<br>Joshua Farmer | Keybank Real Estate Capital<br>911 Main Street<br>Suite 1500<br>Kansas City, MO 64105 |
| Timbercreek Apartments, LLC<br>Joshua Farmer | Keybank Real Estate Capital<br>911 Main Street<br>Suite 1500<br>Kansas City, MO 64105 |
| Two Mile Properties, LLC<br>Joshua Farmer | Rich Rollar<br>1230 Gulf Blvd.<br>Unit 1607<br>Clearwater Beach, FL 33767 |
| Groves Apartments, LLC<br>Joshua Farmer | Savannah River Associates<br>Post Office Box 2285<br>Valdosta, GA 31604-2285 |
| Two Mile Properties, LLC<br>Joshua Farmer<br>Andrea Farmer | Willis and Mary Lange<br>215 Yelton Street<br>Spindale, NC 28160 |
| Timbercreek Apartments, LLC<br>Joshua Farmer | Wachovia Bank, N.A.<br>Customer Service Group, NC1075<br>201 South College Street<br>Charlotte, NC 28244 |
| Gaffney Apartments, LLC<br>Joshua Farmer | Wachovia Bank, N.A.<br>Customer Service Group, NC1075<br>201 South College Street<br>Charlotte, NC 28244 |
| Two Mile Properties, LLC<br>Joshua Farmer<br>Andrea Farmer<br>as to Addison Townhomes loan and Two Mile office and<br>warehouse loan | The Palmetto Bank<br>Special Assets<br>815 North Main Street<br>Anderson, SC 29621 |

**B6H (Official Form) (12/07) -- Cont.**

In re Raymond B. Farmer & Diane P. Farmer                    Case No. _____
              **Debtor**                                                                    **(if known)**

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| East Ridge Apartments, LLC<br>Joshua Farmer<br>Two Mile Properties, LLC | The Palmetto Bank<br>Special Assets<br>815 North Main Street<br>Anderson, SC 29621 |
| Meadow Green Apartments, LLC<br>Joshua Farmer<br>Two Mile Properties, LLC | The Palmetto Bank<br>Special Assets<br>815 North Main Street<br>Anderson, SC 29621 |
| Wildewood Apartments of Spartanburg, LLC<br>Joshua Farmer<br>Two Mile Properties, LLC | The Palmetto Bank<br>Special Assets<br>815 North Main Street<br>Anderson, SC 29621 |

B6I (Official Form 6I) (12/07)

In re  Raymond B. Farmer & Diane P. Farmer
 **Debtor**                                                              Case
                                                                              (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status:  Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): No dependents | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Real Estate Management | Officer of Construction Company |
| Name of Employer | Joshua B. Farmer & Raymond B. Farmer | Carlson-Farmer Inc |
| How long employed | | |
| Address of Employer | PO Box 672 | PO Box 350 |
| | Rutherfordton, NC 28139 | Rutherfordton, NC 28139 |

INCOME: (Estimate of average or projected monthly income at time case filed)

|  | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1.  Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 4,166.67 | $ | 2,383.33 |
| 2.  Estimated monthly overtime | $ | 0.00 | $ | 0.00 |
| 3.  SUBTOTAL | $ | 4,166.67 | $ | 2,383.33 |
| 4.  LESS PAYROLL DEDUCTIONS | | | | |
| a.  Payroll taxes and social security | $ | 0.00 | $ | 298.00 |
| b.  Insurance | $ | 0.00 | $ | 413.79 |
| c.  Union Dues | $ | 0.00 | $ | 0.00 |
| d.  Other (Specify:_____) | $ | 0.00 | $ | 0.00 |
| 5.  SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 711.79 |
| 6..  TOTAL NET MONTHLY TAKE HOME PAY | $ | 4,166.67 | $ | 1,671.54 |
| 7.  Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8.  Income from real property | $ | 0.00 | $ | 0.00 |
| 9.  Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10.  Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| 11.  Social security or other government assistance ( Specify) _____ | $ | 0.00 | $ | 0.00 |
| 12.  Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13.  Other monthly income(D)Carlson-Farmer Salary (S)PT School Teacher | $ | 1,799.28 | $ | 483.00 |
| (Specify) (D)Contribution to Household | $ | 1,000.00 | $ | 0.00 |
| 14.  SUBTOTAL OF LINES 7 THROUGH 13 | $ | 2,799.28 | $ | 483.00 |
| 15.  AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ | 6,965.95 | $ | 2,154.54 |
| 16.  COMBINED AVERAGE  MONTHLY INCOME (Combine column totals from line 15) | | | $ | 9,120.49 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

After the petition, debtors will begin managing their real property in their individual names rather than through Two Mile Enterprises, LLC.  This will generate additional income for the estate

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

**B6J (Official Form 6J) (12/07)**

In re   Raymond B. Farmer & Diane P. Farmer _____        Case No. _____
              **Debtor**                                                                                              **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,050.65 |
|    a. Are real estate taxes included?        Yes _____ No ✓ | | |
|    b. Is property insurance included?       Yes _____ No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 650.00 |
|           b. Water and sewer | $ | 185.00 |
|           c. Telephone | $ | 158.00 |
|           d. Other  Natural Gas/TV | $ | 320.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 200.00 |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 75.00 |
| 7. Medical and dental expenses | $ | 300.00 |
| 8. Transportation (not including car payments) | $ | 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10.Charitable contributions | $ | 1,485.00 |
| 11.Insurance (not deducted from wages or included in home mortgage payments) | | |
|      a. Homeowner's or renter's | $ | 0.00 |
|      b. Life | $ | 200.00 |
|      c. Health | $ | 0.00 |
|      d.Auto | $ | 62.00 |
|      e. Other | $ | 0.00 |
| 12.Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)       Self-employment/income | $ | 1,495.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|      a. Auto | $ | 0.00 |
|      b. Other | $ | 0.00 |
|      c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other       HH & personal supplies and grooming | $ | 240.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $ | 8,720.65 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

    None

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
|    a. Average monthly income from Line 15 of Schedule I (Includes spouse income of $2,154.54.  See Schedule I) | $ | 9,120.49 |
|    b. Average monthly expenses from Line 18 above | $ | 8,720.65 |
|    c. Monthly net income (a. minus b.)        (Net includes Debtor/Spouse combined Amounts) | $ | 399.84 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749  -  31669 - Acrobat PDFWriter

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Western District of North Carolina

In re ___Raymond B. Farmer & Diane P. Farmer_____

_____

Debtor

Case No. _____

Chapter      __11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $      236,100.00 | | |
| B – Personal Property | YES | 6 | $       34,237.33 | | |
| C –  Property Claimed as exempt | YES | 2 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $    879,073.19 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $    143,473.99 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 10 | | $   2,803,281.64 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 4 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $      9,120.49 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $      8,720.65 |
| **TOTAL** | | 32 | $    270,337.33 | $   3,825,828.82 | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 -  31669 - Acrobat PDFWriter

# United States Bankruptcy Court

### Western District of North Carolina

In re    Raymond B. Farmer & Diane P. Farmer          Case No. _____

Debtor

Chapter ___11___

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $      N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $      N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $      N.A. |
| Student Loan Obligations (from Schedule F) | $      N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $      N.A. |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $      N.A. |
| TOTAL | $      N.A. |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $      N.A. |
| Average Expenses (from Schedule J, Line 18) | $      N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $      N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   N.A. |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   N.A. | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   N.A. |
| 4.  Total from Schedule F | | $   N.A. |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   N.A. |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

**B6 (Official Form 6 - Declaration) (12/07)**

Raymond B. Farmer & Diane P. Farmer

In re _____     Case No. _____
                **Debtor**                                                      **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____34_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature:  /s/ Raymond B. Farmer
                                                  Debtor:

Date _____     Signature:  /s/ Diane P. Farmer
                                                (Joint Debtor, if any)

                                          [If joint case, both spouses must sign.]

------------------------------------------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any,                   Social Security No.
of Bankruptcy Petition Preparer                     *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X _____     _____
    Signature of Bankruptcy Petition Preparer                         Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature: _____

                                                  _____
                                                [Print or type name of individual signing on behalf of debtor.]

          *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

------------------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

B7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT
### Western District of North Carolina

In Re _Raymond B. Farmer & Diane P. Farmer_                    Case No. _____
                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

_"In business."_ A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

_"Insider."_ The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 2010(db) | $10,135 - Carlson-Farmer - Husband |
| | $32,206 - Two Mile Enterprises, LLC - Husband |
| | |
| 2009(db) | $20,635 - Carlson-Farmer - Husband |
| | $98,553 - Two Mile Enterprises, LLC - Husband |
| | $24,709 - Two Mile Properties, LLC - Husband |
| | |
| 2008(db) | $79,549 - Carlson-Farmer - Husband |
| | $89,020 - Two Mile Properties, LLC - Husband |
| | ($766,719) - Rental real estate loss - Husband |

| AMOUNT | SOURCE (if more than one) |
|---|---|
| 2010(jdb) | $13,100 - Carlson-Farmer - Wife |
| | $2,707 - Word of Faith Fellowship - Wife |
| 2009(jdb) | $23,692 - Carlson-Farmer - Wife |
| | $6,497 - Word of Faith Fellowship - Wife |
| 2008(jdb) | $22,137 - Carlson-Farmer - Wife |
| | $6,497 - Word of Faith Fellowship - Wife |

**2.   Income other than from employment or operation of business**

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                              SOURCE

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

None

☒

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None

☐

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None

None

☐

*c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None

**4.    Suits and administrative proceedings, executions, garnishments and attachments**

None    a.    List all suits and administrative proceedings to which the debtor is or was a party within one year
☐    immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| Inland Mortgage Capital Corporation v. Groves Apartments, LLC, Joshua B. Farmer, Raymond B. Farmer and Two Mile Properties, LLC 10-CP-02-00687 | Foreclosure and money owed | Aiken County, SC Court of Common Pleas | Pending |

None    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within
☒    one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5.    Repossessions, foreclosures and returns**

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a
☒    deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6.  Assignments and Receiverships**

None

☒    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None

☒    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None

☐    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.   (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Word of Faith Fellowship 207 Old Flynn Road Spindale, NC 28160 | Debtors' church Wife's employer for wife's PT job | 4/5/2009 to 4/5/2010 | Donations totalling $31,290.78 |

**8.  Losses**

None ☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Hamilton Moore Stephens Steele & Martin, PLLC 201 South College Street Suite 2020 Charlotte, NC 28244 | March 26, 2010 | $50,000.00 |

**10.  Other transfers**

None ☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Raymond and Mary Staton Rutherfordton, NC Relationship: None | February 2010 | 20% membership interest in Manning, LLC which owns a lake house on Lake Marion in SC. Received $55,000 which was likely in excess of the FMV of the asset. 100% interest in House was probably worth $220,000 - thus debtors' interest was worth +/- $44,000 |

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None


| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11.  Closed financial accounts**

None


List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None


List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None


List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749  -  31669 - Acrobat PDFWriter

**14.  Property held for another person**

None



List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None



If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.  Spouses and Former Spouses**

None



If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None



a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☐

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| East Ridge Apartments, LLC | 20-5609374 | PO Box 672 Rutherfordton, NC 28139 | Apartment rental | 2006 to present |
| Gaffney Apartments, LLC | 20-5532536 | PO Box 672 Rutherfordton, NC 28139 | Apartment rental | 2006 to present |
| Georgetown Village Apartments, LLC | 26-3247294 | PO Box 672 Rutherfordton, NC 28139 | Apartment rental | 2008 to present |
| Groves Apartments, LLC | 20-5668898 | PO Box 672 Rutherfordton, NC 28139 | Apartment rental | 2006 to present |
| Meadow Green Apartments, LLC | 20-5609491 | PO Box 672 Rutherfordton, NC 28139 | Apartment rental | 2006 to present |
| Old Two Mile Properties, LLC | 56-2179959 | PO Box 672 Rutherfordton, NC 28139 | Apartment rental and brokerage | 2002 to present |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Two Mile Properties, LLC | not yet obtained | PO Box 672 Rutherfordton, NC 28139 | dormat | formed - April 2010 |
| Palmetto Waste Services of the Upstate, LLC | 27-2079034 | PO Box 672 Rutherfordton, NC 28139 | Garbage pickup | Began March 2010 |
| Timbercreek Apartments, LLC | 20-0457562 | PO Box 672 Rutherfordton, NC 28139 | Apartment rental | 2003 to present |
| Two Mile Construction, LLC | 20-1907396 | PO Box 672 Rutherfordton, NC 28139 | General Contractor | 2004 to present |
| Two Mile Enterprises, LLC | 20-1907429 | PO Box 672 Rutherfordton, NC | Property Management | formed - 2004 active - March 2009 to April 2010 |
| Two Mile Supply, LLC | 20-2049729 | PO Box 672 Rutherfordton, NC 28139 | Purchasing company for Two Mile Properties, LLC and Two Mile Enterprises, LLC | 2004 to present |
| Wildewood Apartments of Spartanburg, LLC | 26-2738381 | PO Box 672 Rutherfordton, NC 28139 | Apartment rental | 2008 to present |
| TBF Holdings, LLC | 26-2400311 | PO Box 672 Rutherfordton, NC 28139 | Real Estate Investment | 2008 to present |
| Carlson-Farmer, Inc. | 56-1632916 | PO Box 350 Rutherfordton, NC 28139 | General Contractor | 1988 to present |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☐

| NAME | ADDRESS |
|---|---|
| East Ridge Apartments, LLC | PO Box 672 Rutherfordton, NC 28139 |
| Meadow Green Apartments, LLC | PO Box 672 Rutherfordton, NC 28139 |
| Wildewood Apartments of Spartanburg, LLC | PO Box 672 Rutherfordton, NC 28139 |
| Georgetown Village Apartments, LLC | PO Box 672 Rutherfordton, NC 28139 |
| Timbercreek Apartments, LLC | PO Box 672 Rutherfordton, NC 28139 |

| NAME | ADDRESS |
|---|---|
| Groves Apartments, LLC | PO Box 672<br>Rutherfordton, NC 28139 |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, record and financial statements**

None ☐  a.   List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| SwaimBrown<br>PO Box 6404<br>Spartanburg, SC 29304 | 2006 to date |

None ☒  b.   List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐  c.   List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Raymond Farmer | 220 Edwards Street Ext.<br>Rutherfordton, NC 28139 |

None ☐  d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Palmetto Bank<br>Spartanburg, SC<br>(Financial Statements) | Spring 2009 |
| First National Bank of Shelby<br>Shelby, NC<br>(Financial Statements) | Fall 2008 |

**20. Inventories**

None ☒  a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ☒  b.    List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21. Current Partners, Officers, Directors and Shareholders**

None ☒  a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☒  b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22. Former partners, officers, directors and shareholders**

None ☒     a.     If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ☒     b.     If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23. Withdrawals from a partnership or distribution by a corporation**

None ☒     If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group**

None ☒     If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds**

None ☒     If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

*   *   *   *   *   *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____    Signature    /s/ Raymond B. Farmer
                                   of Debtor     _____
                                                 RAYMOND B. FARMER

Date _____    Signature    /s/ Diane P. Farmer
                                   of Joint Debtor _____
                                                  DIANE P. FARMER

_____0_____ continuation sheets attached

**Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571**

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____        _____
Signature of Bankruptcy Petition Preparer        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

Bankruptcy 2010 © 1991-2010, New Hope Software, Inc., - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

B22B (Official Form 22B) (Chapter 11) (01/08)

In re   Raymond B. Farmer & Diane P. Farmer
_____
Debtor(s)

Case Number: _____
(If known)

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedule I and J, this statement must be completed by every individual Chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

## Part I. CALCULATION OF CURRENT MONTHLY INCOME

| | | Column A Debtor's Income | Column B Spouse's Income |
|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ☐ Married, not filing jointly. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>c. ☑ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you divide the six -month total by six, and enter the result on the appropriate line. | | |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ 13,302.83 | $ 2,800.00 |
| 3 | **Net income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference on Line 3. If more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero<br><br>a. Gross receipts — $ 0.00<br>b. Ordinary and necessary business expenses — $ 0.00<br>c. Business Income — Subtract Line b from Line a | $ 0.00 | $ 0.00 |
| 4 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference on Line 4. Do not enter a number less than zero.<br><br>a. Gross receipts — $ 0.00<br>b. Ordinary and necessary operating expenses — $ 0.00<br>c. Business Income — Subtract Line b from Line a | $ 0.00 | $ 0.00 |
| 5 | **Interest, dividends and royalties.** | $ 0.00 | $ 0.00 |
| 6 | **Pension and retirement income.** | $ 0.00 | $ 0.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the the debtor's spouse if Column B is completed. | $ 0.00 | $ 0.00 |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $ 0.00   Spouse $ 0.00 | $ 0.00 | $ 0.00 |

Bankruptcy 2010 © 1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31669 - Acrobat PDFWriter

| 9 | **Income from all other sources.** If necessary, list additional sources on a separate page. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. Specify source and amount. | | |
|---|---|---|---|
| | a. | $   0.00 | |
| | b. | $   0.00 | |
| | Total and enter on Line 9 | | $   0.00 | $   0.00 |
| 10 | **Subtotal of current monthly income.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B.  Enter the total(s). | $  13,302.83 | $ 2,800.00 |
| 11 | **Total Current Monthly.**  If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 10, Column A. | $            16,102.83 | |

## Part VIII: VERIFICATION

| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)* |
|---|---|
| | Date:_____   Signature: __/s/ Raymond B. Farmer_____
(Debtor)

Date:_____   Signature: __/s/ Diane P. Farmer_____
(Joint Debtor, if any) |