IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | |
|---|---|
| In re: ) | |
| ) | |
| **Joshua ad Andrea Farmer** ) | Chapter 11 |
| ) | Case No. 10-40270 |
| Debtors. ) | |
| In re: ) | **Jointly Administered** |
| ) | |
| **Raymond and Diane Farmer** ) | Chapter 11 |
| ) | Case No. 10-40269 |
| Debtors. ) | |

## NOTICE OF OPPORTUNITY FOR HEARING
(**No Protest Notice – No Hearing Will be Held Unless Request for Hearing is Filed**)

PLEASE TAKE NOTICE that SwaimBrown P.A. (Swaim"), accountants for the Debtors, has filed a **Monthly Application for Allowance of Compensation and Reimbursement of Expenses for the Period from April 5, 2010 through October 15, 2010**. HMSSM is seeking allowance of fees in the total amount of $47,866.93.

PLEASE TAKE FURTHER NOTICE that your rights may be affected by this Application. You should read the Application carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult with one.

PLEASE TAKE FURTHER NOTICE that in order for a hearing to be held on the Application, written responses, if any, must be filed on or before **TUESDAY, DECEMBER 14, 2010** (the "Response Deadline") in order to be considered. If you do not want the Court to grant the relief requested in the Application, or if you oppose the Application in any way, you MUST:

(1)   File a formal, written response with the Bankruptcy Court at:

   Clerk, United States Bankruptcy Court
   Charles Jonas Federal Building
   401 West Trade Street
   P.O. Box 34189
   Charlotte, North Carolina 28234-4189

(2)   Serve a copy of your response on all parties in interest, including:

   U.S. Bankruptcy Administrator
   402 West Trade Street
   Charlotte, NC 28202

{00234294.DOC V. F130.017746;}

        Andrew T. Houston
        Hamilton Moon Stephens Steele & Martin, PLLC
        Charlotte Plaza, Suite 2020
        201 South College Street
        Charlotte, NC 28244-2020

    PLEASE TAKE FURTHER NOTICE that IF RESPONSES ARE TIMELY FILED, a hearing on the Application will be held on WEDNESDAY, DECEMBER 15, 2010 at 9:30 a.m. (ET) before the Honorable George R. Hodges in the Bankruptcy Courtroom 126, Charles Jonas Federal Building, 401 West Trade Street, Charlotte, North Carolina 28202.

    PLEASE TAKE FURTHER NOTICE that, if you or your attorney do not file a written response to the Application on or before the Response Deadline, the Court may grant the relief requested in the Application without a hearing.  No further notice of the Application will be given.

Dated:  Charlotte, North Carolina
         November 24, 2010

                      HAMILTON MOON STEPHENS
                      STEELE & MARTIN, PLLC

        By:       */s/ Andrew T. Houston*
                      Andrew T. Houston (Bar No. 36208)
                      2020 Charlotte Plaza
                      201 South College Street
                      Charlotte, North Carolina 28244-2020
                      Telephone:  (704) 344-1117
                      *Counsel for the Debtors*