# EXHIBIT A

Page 26

1   lenders on any of these properties before doing so?
2       A.   We have been -- we have talked to -- like
3   I could go through each one -- probably everybody in
4   the room at various times about various different
5   things -- the -- for example, The Palmetto Bank,
6   which holds five different mortgages and may be the
7   -- you know, we probably owe more money to them than
8   anyone.
9            We've been talking for several months
10  about the fact that we are going to file bankruptcy.
11  In fact the first time -- and I'm having
12  conversations with John House, a special assets
13  employee of The Palmetto Bank.  And frankly, he is
14  the one that brought up the issue of Title 11 relief
15  before I did.  And we've talked about this for
16  several months.
17           I sat down with him and the bank's
18  attorney in February and said -- we continued to talk
19  about loan modifications and various other things,
20  but basically I was pointing out that we felt like a
21  bankruptcy filing was inevitable.  In fact we told
22  him several weeks before we did it precisely what we
23  were going to do, that we're going to restructure in
24  a manner -- I told him the manner we were going to
25  restructure and we did it.