# EXHIBIT A

**EXHIBIT A**

|  | **Creekside at Wellington** | **Magnolia Ridge** | **Timbercreek** |
|---|---|---|---|
| **May 2010** | *Salaries/wages* $10,880.01 spent (50.7% over) $7219 budgeted<br>*Utilities* $6282.98 spent (30.5% over) $4815 budgeted<br>*Professional Fees Escrow/Bankruptcy Administrative Fees Escrow* $8334.40 spent (87.7% over) $4441 budgeted<br>*Administrative* $2511.26 spent (44.5% over) $1027 budgeted | *Salaries/wages* $8209.42 spent (20.3% over) $6824 budgeted<br>*Taxes* $4424 spent (86.7% over) $2370 budgeted<br>*Professional Fees Escrow/Bankruptcy Administrative Fees Escrow* $5346.67 spent (87.7% over) $2849 budgeted<br>*Maintenance/repair* $4210.69 spent (12.3% over) $3750 budgeted | *Taxes* $12,359.20 spent (86.7% over) $6621 budgeted<br>*Professional Fees Escrow/Bankruptcy Administrative Fees Escrow* $10,593.87 spent (87.7% over) $5645 budgeted |
| **June 2010** | *Insurance* $5985.54 spent (269.4% over) $1620 budgeted<br>*Maintenance/repair* $7956.66 spent (24.1% over) $3550 budgeted<br>*Administrative* $1439.81 spent (40.2% over) $1027 budgeted | *Insurance* $5472 spent (269.9% over) $1479 budgeted<br>*Utilities* $5508.61 spent (87.7% over) $2935 budgeted<br>*Maintenance/repair* $4475.87 spent (19.4% over) $3750 budgeted<br>*Grounds-Security* $2463.91 spent (29.7% over) $1900 budgeted | No cost overruns greater than 9.2% |
| **July 2010** | *Salaries/wages* $9549.45 spent (32% over) $7219 budgeted<br>*Maintenance/Repair* $6888.12 spent (94% over) $3550 budgeted<br>*Administrative* $1221.20 spent (18.9% over) $1027 budgeted | *Salaries/wages* $7645.49 spent (12% over) $6824 budgeted<br>*Maintenance/repair* (incl emergency roof repair) $5890.40 spent (57% over) $3750 budgeted | *Salaries/wages* $8017.39 spent (10.5% over) $7256 budgeted<br>*Utilities* $9809.91 spent (37% over) $7160 budgeted<br>*Administrative* $2574.99 spent (15.6% over) $2228 budgeted |

|  | **Creekside at Wellington** | **Magnolia Ridge** | **Timbercreek** |
|---|---|---|---|
| **August 2010** | *Salaries/wages* $9242.57 spent (28% over) $7219 budgeted *Insurance* $7201.25 spent (344% over) $1620 budgeted *Utilities* $6200.07 spent (28.7% over) $4815 budgeted | *Insurance* $6406.50 spent (333% over) $1479 budgeted *Utilities* $3769.71 spent (28.4% over) $2935 budgeted *Grounds & security* $2155 spent (13.4% over) $1900 budgeted | *Insurance* $9755 spent (346% over) $2187 budgeted *Grounds & security* $1905 spent (12% over) $1700 budgeted |
| **September 2010** | *Insurance* $2136.48 spent (31.8% over) $1620 budgeted *Utilities* $5783.09 spent (20% over) $4815 budgeted *Maintenance/Repair* $4095.63 spent (15.3% over) $3550 budgeted *Administrative* $1470.06 spent (43% over) $1027 budgeted *Corrections on Deposits* $46.87 spent (100% over) $0 budgeted | *Insurance* $1897.90 spent (28.3% over) $1479 budgeted *Utilities* $4518.33 spent (53.9% over) $2935 budgeted | *Salaries/wages* $8459.11 spent (16.6% over) $7256 budgeted *Insurance* $2892.34 spent (32.3% over) $2187 budgeted *Maintenance/Repair* $7514.87 spent (33.7% over) $5620 budgeted *Grounds* $1930 spent (13.5% over) $1700 budgeted |
| **October 2010** | *Salaries/wages* $8271.05 spent (14.5% over) $7219 budgeted *Insurance* $2243.30 spent (38.4% over) $1620 budgeted *Utilities* $5621.75 spent (16.75% over) $4815 budgeted *Grounds* $2156 spent (13.47% over) $1900 budgeted | *Insurance* $1992.80 spent (34.7% over) $1479 budgeted *Utilities* $4764.17 spent (62.3% over) $2935 budgeted *Maintenance/repair* $4428.60 spent (18% over) $3750 budgeted | *Salaries/wages* $9050.30 spent (24.7% over) $7256 budgeted *Insurance* $3036.96 spent (38.9% over) $2187 budgeted *Maintenance/Repair* $7001.38 spent (24.6% over) $5620 budgeted *Grounds* $2402.63 spent (41.3% over) $1700 budgeted |

|   | *Administrative* $1463.46 spent (42.49% over) $1027 budgeted *Refund of Incorrect Deposit* $145 spent (100% over) $0 budgeted |   | *Administrative* $3019.85 spent (35.5% over) $2228 budgeted |
|---|---|---|---|