# EXHIBIT B

**EXHIBIT B**

|  | **Addison Townhomes** | **East Ridge Apartments** | **Meadow Green Apartments** | **Wildewood Apartments** |
|---|---|---|---|---|
| **July 2010** |  |  | *Utilities*: $6,775.14 spent (40% over) budgeted $4,855 *Grounds*: $2,300.01 spent (64% over) $1,400 budgeted | *Salaries:* $27,671.03 spent (21% over) $22,853 budgeted *Utilities:* $23,583.80 spent (13% over) $20,900 budgeted |
| **August 2010** |  | *Utilities*: $7,967,23 spent (14% over) $6,960 budgeted | *Utilities:* $5,500.43 spent (13% over) $4,855 budgeted | *Administrative:* $5,914.18 spent (17% over) $5,038 budgeted *Advertising:* $4,345.3 (part of which was recorded in September) spent (27% over) $3,411 budgeted |
| **September 2010** | *Advertising*: $1,785.26 spent (70% over) $1048 budgeted | *Utilities*: $8,365.78 spent (20% over) $6,960 budgeted | *Grounds:* $2,160.24 spent (54% over) $1,400 budgeted | *Advertising:* $4,171.80 spent (22% over) $3,411 budgeted |
| **October 2010** |  |  | *Grounds:* $1,803.83 spent (29% over) $1,400 budgeted *Advertising:* $1,472.64 spent (19% over) $1,235 budgeted | *Salaries:* $25,533.50 spent (12% over) 422,853 budgeted *Repairs & Maintenance:* $18,418.39 spent (10.2% over) $16,711 budgeted |

2/8/11