# EXHIBIT C

**EXHIBIT C**

|  | **Georgetown Village** |
|---|---|
| **May 2010** | *Salaries/wages* <br> $5,842.82 spent (10.2% over) $5,301 budgeted <br> *Taxes* <br> $5,245.33 spent (86.7% over) $2,810 budgeted <br> *Professional Fees Escrow* <br> $2,380.00 spent (16.2% over) $2,048 budgeted <br> *Advertising* <br> $1,115.20 spent (16.1% over) $960 budgeted |
| **June 2010** | *Maintenance/Repair* <br> $6,923.97 spent (88.7% over) $3,670 budgeted |
| **July 2010** | *Salaries/wages* <br> $6,906.13 spent (30.2% over) $5,301.00 budgeted <br> *Utilities* <br> $5,520.48 spent (13.8% over) $4,850.00 budgeted <br> *Maintenance/Repair* <br> $7,838.27 spent (113.5% over) $3,670 budgeted <br> *Management Fee* <br> $1,398.80 spent (11.4% over) $1,255 budgeted |
| **August 2010** | *Salaries/wages* <br> $8,413.28 spent (58.7% over) $5,301.00 budgeted <br> *Maintenance/Repair* <br> $5,650.31 spent (53.9% over) $3,670 budgeted <br> *Grounds Maintenance & Security* <br> $1,172.00 spent (46.5% over) $800.00 budgeted <br> *Management Fee* <br> $2,732.92 spent (117.7% over) $1,255 budgeted |
| **September 2010** | No cost overruns over 9.5% |
| **October 2010** | *Grounds Maintenance & Security* <br> $1,160.00 spent (45% over) $800.00 budgeted |

2/8/11

US2008 2280726.1