FILED & JUDGMENT ENTERED
Steven T. Salata

Feb 14 2011

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
George R. Hodges
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **FARMER, RAYMOND AND DIANE** | Case No. 10-40269 |
| Debtors. | |
| In re: | Chapter 11 |
| **FARMER, JOSHUA AND ANDREA** | Case No. 10-40270 |
| Debtors. | |

### CONSENT ORDER

THIS MATTER comes before the Court upon the stipulation and consent of debtors Joshua Farmer, Andrea Farmer, Raymond Farmer and Diane Farmer (collectively, the "Farmers") and of Inland Mortgage Capital Corporation ("Inland"), a creditor whose debt is secured by an apartment complex in Aiken County, South Carolina, known as the Groves Apartments (the "Property"), by and through their respective counsel, and is in reference to the Consent Order Resolving Inland Mortgage Capital Corporation's Motion for Relief from Automatic Stay or, in the Alternative, for Adequate Protection (ECF No. 306; the "Section 362 Order").

WHEREAS, by the signature of the parties' counsel, the parties stipulate that the Farmers desire to deliver to Inland a deed in lieu of foreclosure for the Property, as authorized in the Section 362 Order, and Inland consents to accept the deed in lieu of foreclosure from the Farmers.

90548532

NOW, THEREFORE, in consideration of the foregoing stipulations, which the Court adopts as findings of fact, and the record before the Court, the Court finds and concludes that good cause exists to grant the relief granted herein. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, notwithstanding the provisions of decretal paragraphs G through K of the Section 362 Order, the Farmers are authorized and directed to deliver a deed in lieu of foreclosure for the Property to Inland and to execute and deliver to Inland such additional documents and instruments as may be necessary or desirable to effectuate the transfer of title to the Property, and related personal property, to Inland.

WE STIPULATE AND CONSENT:

| /s/ Andrew T. Houston | /s/ Bradley E. Pearce |
|---|---|
| Andrew T. Houston | Bradley E. Pearce |
| Hamilton Moon Stephens Steele & Martin, PLLC | Katten Muchin Rosenman LLP |
| 201 S. College Street, Suite 2020 | 550 S. Tryon Street, Suite 2900 |
| Charlotte, NC  28244 | Charlotte, NC 28202 |
| (704) 344-1117 | (704) 344-3095 |
| *Attorney for Debtors* | *Attorney for Inland Mortgage Capital Corporation* |

| | |
|---|---|
| This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of this Order. | United States Bankruptcy Court Western District of North Carolina |

90548532

2