

FILED & JUDGMENT ENTERED
Steven T. Salata

Mar 24 2011

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
George R. Hodges
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | |
|---|---|
| In re: ) | |
| ) | |
| **Joshua and Andrea Farmer** ) | Chapter 11 |
| ) | Case No. 10-40270 |
| Debtors. ) | |
| In re: ) | |
| ) | |
| **Raymond and Diane Farmer** ) | Chapter 11 |
| ) | Case No. 10-40269 |
| Debtors. ) | |

**ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT, FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF THE PLAN, AND FIXING THE TIME FOR FILING OBJECTIONS TO THE DISCLOSURE STATEMENT AND TO THE CONFIRMATION OF THE PLAN, COMBINED WITH NOTICE THEREOF AND OF THE HEARING ON FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND THE HEARING ON CONFIRMATION OF THE PLAN**

A Second Amended Joint Disclosure Statement under chapter 11 of the Bankruptcy Code (the "Second Amended Disclosure Statement") having been filed by Raymond and Diane Farmer and Joshua and Andrea Farmer (the "Debtors") on March 18, 2011 with respect to a Second Amended Joint Plan of Reorganization under chapter 11 of the Code (the "Second Amended Plan") filed by the Debtors:

IT IS HEREBY ORDERED, and notice is hereby given that:

A. The Second Amended Disclosure Statement filed by the Debtors is conditionally approved.

B. On or before March 30, 2011, the Second Amended Plan, the Second Amended Disclosure Statement and a ballot confirming to Official Form 14 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Bankruptcy Administrator for the Western District of North Carolina.

{00239338.DOC V. F130.017746;}

C. April 20, 2011 is fixed as the last day for filing written acceptances or rejections of the Second Amended Plan referred to above.

D. April 20, 2011 is fixed as the last day for filing and serving written objections to the Second Amended Disclosure Statement and confirmation of the Second Amended Plan.

E. April 27, 2011 at 9:30 a.m. is fixed for the hearing on final approval of the Second Amended Disclosure Statement (if a written objection has been timely filed) and for the hearing on confirmation of the Second Amended Plan at Charles R. Jonas Federal Building, 401 West Trade Street, Courtroom 126, Charlotte, North Carolina 28202.

F. The notice periods for the dates and times set for the hearing on the Second Amended Disclosure Statement and Second Amended Plan and the notice periods for the deadline for filing and serving written objections to the Second Amended Disclosure Statement and Second Amended Plan are hereby shortened as required pursuant to Bankruptcy Rule 9006(c).

G. The terms of this Order shall supersede the Order and Notice for Hearing on Disclosure Statement which was entered by the Court on March 22, 2011 [Docket No. 396].

| | |
|---|---|
| This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of this Order. | United States Bankruptcy Court |

{00239338.DOC V. F130.017746;}