IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | |
|---|---|
| In re: **Joshua and Andrea Farmer** <br><br> Debtors. | ) <br> ) Chapter 11 <br> ) Case No. 10-40270 <br> ) <br> ) **Jointly Administered** |
| In re: **Raymond and Diane Farmer** <br><br> Debtors. | ) <br> ) Chapter 11 <br> ) Case No. 10-40269 <br> ) |

## MONTHLY APPLICATION OF
## HAMILTON STEPHENS STEELE & MARTIN, PLLC
## FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
## FOR THE PERIOD FROM FEBRUARY 1, 2011 THROUGH APRIL 6, 2011

Name of Applicant:    Hamilton Stephens Steele & Martin, PLLC

Authorized to Provide Professional Services to:    Joshua and Andrea Farmer

Date of Retention:    April 5, 2010

Compensation and reimbursement is sought from February 1, 2011 through April 6, 2011. Hamilton Stephens Steele & Martin, PLLC has not yet received any payments for services rendered or expenses incurred during this period.

Amount of compensation sought as actual, reasonable, and necessary:    $52,256.12
Amount of expense reimbursement sought as actual, reasonable and necessary:    $ 3,314.87

This is a:    XXXX monthly    _____ interim    _____ final application

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 05/19/10 | 04/05/10 – 04/30/10 | $27,376.50 | $1,277.85 | $27,376.50 | $1,277.85 |
| 06/23/10 | 05/01/10 – 05/31/10 | $25,823.00 | $563.45 | $25,823.00 | $563.45 |
| 07/15/10 | 06/01/10 – 06/30/10 | $16,149.25 | $350.05 | $16,149.25 | $350.05 |
| 08/16/10 | 07/01/10 – 07/31/10 | $22,580.00 | $374.82 | $22,580.00 | $374.82 |
|  | 08/01/10 – 08/31/10 | $10,417.25 | $247.33 | $10,417.25 | $247.33 |
| 10/18/10 | 09/01/10 – 09/30/10 | $16,064.25 | $343.57 | $16,064.25 | $343.57 |
| 11/18/10 | 10/01/10 – 10/31/10 | $14,788.75 | $260.65 | $14,788.75 | $260.65 |
| 12/10 | 11/01/10 – 11/30/10 | $18,835.50 | $316.73 | $18,835.50 | $316.73 |
| 01/24/11 | 12/01/10 – 12/31/10 | $22,945.00 | $520.11 | $22,945.00 | $520.11 |
| 2/25/11 | 01/21/11 – 01/31/11 | $20,149.75 | $989.83 | $20,149.75 | $989.83 |

{00226262.DOC V.11 F130.017746;}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | |
|---|---|
| In re:<br>**Joshua and Andrea Farmer**<br><br>　　　　　　　　　Debtors. | ) Chapter 11<br>) Case No. 10-40270<br>)<br>) **Jointly Administered** |
| In re:<br>**Raymond and Diane Farmer**<br><br>　　　　　　　　　Debtors. | )<br>)<br>) Chapter 11<br>) Case No. 10-40269<br>) |

## MONTHLY APPLICATION OF
## HAMILTON STEPHENS STEELE & MARTIN, PLLC
## FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT AND EXPENSES
## FOR THE PERIOD FROM FEBRUARY 1, 2011 THROUGH APRIL 6, 2011

Pursuant to sections 330 and 331 under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Hamilton Stephens Steele & Martin, PLLC ("HSSM") hereby requests that this Court award it reasonable compensation for professional services rendered as counsel to Joshua and Andrea Farmer, the above-captioned Debtors (the "Debtors") in the amount of $52,256.12, together with reimbursement for actual and necessary expenses incurred in the amount of $3,314.87 for the period commencing February 1, 2011 through April 6, 2011 (the "Fee Period"). In support of this application (the "Application"), HSSM respectfully represents and states as follows:

### BACKGROUND

1.　　HSSM was retained to represent the Debtors as counsel to the Debtors in connection with this chapter 11 case. An Order authorizing the employment of HSSM was entered on May 28, 2010. The Court authorized HSSM to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

## COMPENSATION TO BE PAID

2. All services for which HSSM requests compensation were performed for or on behalf of the Debtors.

3. Attached hereto as Exhibit A is a detailed statement of fees incurred during the Fee Period, showing the amount of $52,256.12 due for compensation for the various services rendered.

## SUMMARY OF SERVICES RENDERED

4. During the Fee Period, HSSM performed the professional services described on Exhibit A.

## DISBURSEMENTS

5. HSSM has incurred out-of-pocket disbursements during the Fee Period in the amount of $3,314.87 and is listed on Exhibit A hereto.

## VALUATION OF SERVICES

6. The nature of the work performed and the cost of these services performed by HSSM is fully set forth in the attached Exhibit A. The rates charged by HSSM's professionals are the normal hourly rates charged by HSSM for work of this character. In the Debtors' opinion, the reasonable value of the services rendered by HSSM to the Debtors during the Fee Period far exceeds the fees charged by HSSM.

7. In accordance with the factors enumerated in 11 U.S.C. § 330, the amount requested is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

## NOTICE

8. Notice of this Application has been given to (a) the Bankruptcy Administrator for the Western District of North Carolina, (b) the 20 largest unsecured creditors, and (c) those parties requesting notice pursuant to Bankruptcy Rule 2002.

WHEREFORE, HSSM requests that allowance be made to it in the sum of $52,256.12 as compensation for necessary professional services rendered to the Debtors during the Fee Period, and the sum of $3,314.87 for reimbursement of actual, necessary costs and expenses incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

Dated: Charlotte, North Carolina
       April 19, 2011

                        HAMILTON STEPHENS STEELE
                        & MARTIN, PLLC


                        ___/s/ Glenn C. Thompson___
                        Glenn C. Thompson (NC Bar No. 37221)
                        Charlotte Plaza, Suite 2020
                        201 South College Street
                        Charlotte, North Carolina 28244-2020
                        Telephone: (704) 344-1117
                        *Counsel for the Debtors*