

**Consumer Debtor Attorneys**
**403 S. Washington Street**
**Post Office Box 1000**
**Shelby, North Carolina 28151-1000**
**Office: (704)487-0616  Fax: (888) 870-1253**
**Webpage:   www.maxgardner.com**

O. Max Gardner, III Attorney at Law

Invoice # 1263

| Client | Date | Description | Hours | Rate | Tax | Total |
|---|---|---|---|---|---|---|
|  |  | Previous Balance |  |  |  | $0.00 |
| Farmer Chapter 11 | 4/9/2010 | Email from Shannon Myers re time lines and legal rates | 0.1667 | $400.00 | $0.00 | $66.68 |
| Farmer Chapter 11 | 4/9/2010 | TC with Tom Moon re Special Counsel in AP Mortgage Cases Would need $7,500 retainer and fee is $400.00 per hour. | 0.1667 | $400.00 | $0.00 | $66.68 |
| Farmer Chapter 11 | 4/15/2010 | Reviewing and signing affidavit and application | 0.25 | $400.00 | $0.00 | $100.00 |
| Farmer Chapter 11 | 5/17/2010 | TC and Scheduling of OV with Josh | 0.1667 | $400.00 | $0.00 | $66.68 |
| Farmer Chapter 11 | 5/17/2010 | OV with Josh to Review Status of the case | 1.5833 | $400.00 | $0.00 | $633.32 |
| Farmer Chapter 11 | 6/3/2010 | Drafting notice of appearance and request for ECF notices | 0.0833 | $400.00 | $0.00 | $33.32 |
| Farmer Chapter 11 | 6/3/2010 | Letter to Matt McKee re EMC foreclosure and stay | 0.1667 | $400.00 | $0.00 | $66.68 |
| Farmer Chapter 11 | 6/3/2010 | Review of notice of stay in BB&T case filed by M. Stein Email to Josh. | 0.1667 | $400.00 | $0.00 | $66.68 |
| Farmer Chapter 11 | 6/3/2010 | TC with Josh re APs against secured motor vehicle creditors Josh will draft the complaints based on my instructions (today) and we will review and file next week.  MFRS scheduled for the 16th of June in Charlotte. | 0.3333 | $400.00 | $0.00 | $133.32 |
| Farmer Chapter 11 | 6/3/2010 | TC with Tom Moon re rescheduling of OV | 0.0833 | $400.00 | $0.00 | $33.32 |
| Farmer Chapter 11 | 6/4/2010 | Retainer from Moon Law Firm |  |  |  | ($7,500.00) |
| Farmer Chapter 11 | 6/6/2010 | Review of 2 BB&T Unsecued claims and email to Josh | 0.0833 | $400.00 | $0.00 | $33.32 |
| Farmer Chapter 11 | 6/8/2010 | TC with Andy Houston re scheduling of OV next week | 0.0833 | $400.00 | $0.00 | $33.32 |
| Farmer Chapter 11 | 6/11/2010 | Review of 105 Motion filed against SC Electric City | 0.0833 | $400.00 | $0.00 | $33.32 |
| Farmer Chapter 11 | 6/11/2010 | Review of utility employee recording and evaluation of settlement Advised to accept the offer to go back to the status quo of $50.00 deposit for vacant apartments and 2 hour fee from the debtor. | 0.25 | $400.00 | $0.00 | $100.00 |
| Farmer Chapter 11 | 6/11/2010 | TC with Josh Farmer re strategy for hearing today on 105 Motion | 0.25 | $400.00 | $0.00 | $100.00 |
| Farmer Chapter 11 | 6/14/2010 | Ltr to Allen Gilchrist of BB&T re questions about POC and exhibits | 0.1667 | $400.00 | $0.00 | $66.68 |
| Farmer Chapter 11 | 6/22/2010 | Drafting and filing notice of appearance in case | 0.0833 | $400.00 | $0.00 | $33.32 |

| Matter | Date | Description | Hours | Rate | Paid | Amount |
|---|---|---|---|---|---|---|
| Farmer Chapter 11 | 6/28/2010 | Review of notice of fee from EMC and reply to Josh | 0.0833 | $400.00 | $0.00 | $33.32 |
| Farmer Chapter 11 | 6/28/2010 | Drafting of dispute letter to EMC Re fees and Short QWR | 0.25 | $400.00 | $0.00 | $100.00 |
| Farmer Chapter 11 | 6/28/2010 | Review of Two Mile Forced Placed Insurance and reply | 0.1667 | $400.00 | $0.00 | $66.68 |
| Farmer Chapter 11 | 7/15/2010 | Review and respond to emails from Josh re attorney meeting in Shelby | 0.1667 | $400.00 | $0.00 | $66.68 |
| Farmer Chapter 11 | 7/15/2010 | Preliminary review of joint plan and disclosure statement | 0.5833 | $400.00 | $0.00 | $233.32 |
| Farmer Chapter 11 | 7/28/2010 | Email to Josh re times for meeting week of August 2, 2010 | 0.0833 | $400.00 | $0.00 | $33.32 |
| Farmer Chapter 11 | 7/28/2010 | Review of summary of recent documents filed in case | 0.4167 | $400.00 | $0.00 | $166.68 |
| Farmer Chapter 11 | 9/1/2010 | Joint meeting with Debtors and Attorneys re CMBS AP's | 1.4167 | $400.00 | $0.00 | $566.68 |
| Farmer Chapter 11 | 9/12/2010 | Dictation of first draft of the AP re Gaffney Apartments | 2.25 | $400.00 | $0.00 | $900.00 |
| Farmer Chapter 11 | 9/12/2010 | Review of all securitization documents re Gaffney Property | 1.9167 | $400.00 | $0.00 | $766.68 |
| Farmer Chapter 11 | 9/13/2010 | Editing second draft of the Gaffney Apts AP | 1.4167 | $400.00 | $0.00 | $566.68 |
| Farmer Chapter 11 | 9/14/2010 | Review of Josh comments & editing 2nd draft of the Gaffney AP | 0.75 | $400.00 | $0.00 | $300.00 |
| Farmer Chapter 11 | 9/15/2010 | Attending status hearing, notice of AP, etc. | 1.8333 | $400.00 | $0.00 | $733.32 |
| Farmer Chapter 11 | 9/15/2010 | Travel to Charlotte for hearings at 9:30 a.m. | 0.75 | $400.00 | $0.00 | $300.00 |
| Farmer Chapter 11 | 9/15/2010 | Parking fee in Charlotte | | | $0.00 | $25.00 |
| Farmer Chapter 11 | 9/15/2010 | Return travel from Charlotte to Shelby | 0.8333 | $400.00 | $0.00 | $333.32 |
| Farmer Chapter 11 | 9/16/2010 | AP Filing fee | | | $0.00 | $250.00 |
| Farmer Chapter 11 | 10/20/2010 | TC with Josh, Tom Moon and Andy re 2 MFRS, and new AP | 0.4167 | $400.00 | $0.00 | $166.68 |
| Farmer Chapter 11 | 10/27/2010 | Drafting objecion to MFRS, MTD, QWR, and RTP re EMC | 1.4167 | $400.00 | $0.00 | $566.68 |
| Farmer Chapter 11 | 10/27/2010 | Email to Josh and Andy with EMC pleadings | 0.0833 | $400.00 | $0.00 | $33.32 |
| Farmer Chapter 11 | 11/1/2010 | Conference with Legal Assistant re filing of pleadings, etc | 0.25 | $400.00 | $0.00 | $100.00 |
| Farmer Chapter 11 | 11/1/2010 | Review and editing motions to continue hearings to Jan on MFRS | 0.4167 | $400.00 | $0.00 | $166.68 |
| Farmer Chapter 11 | 12/3/2010 | Drafting and editing of first draft of the AP against the securitized trust re Timbercreek Apts. | 2.5833 | $400.00 | $0.00 | $1,033.32 |
| Farmer Chapter 11 | 12/4/2010 | Drafting of first AP re Securitized Trust on 234 Edwards Property Review of file and dictation of first draft of the AP re securitized trust on the 234 Edwards Street property. | 1.8333 | $400.00 | $0.00 | $733.32 |
| Farmer Chapter 11 | 12/5/2010 | Drafting and editing the AP re securitized trust on the 305 Honeysuckle Street Property. | 2.6666 | $400.00 | $0.00 | $1,066.64 |
| Farmer Chapter 11 | 12/8/2010 | Communications with Brock & Scott attorney re plan and emails to Josh | 0.25 | $400.00 | $0.00 | $100.00 |
| Farmer Chapter 11 | 12/8/2010 | Conference with Matt Underwood re settlement of MFRS | 0.25 | $400.00 | $0.00 | $100.00 |
| Farmer Chapter 11 | 12/8/2010 | Email to Josh and Andy Houston with offer | 0.25 | $400.00 | $0.00 | $100.00 |
| Farmer Chapter 11 | 12/8/2010 | Email to Andy Houston with 3 AP drafts | 0.0833 | $400.00 | $0.00 | $33.32 |
| Farmer Chapter 11 | 12/8/2010 | Email to Legal Assistant re the 3 APs | 0.25 | $400.00 | $0.00 | $100.00 |
| Farmer Chapter 11 | 12/8/2010 | Review final drafts of the 3 APs and email to Josh | 0.4167 | $400.00 | $0.00 | $166.68 |
| Farmer Chapter 11 | 12/8/2010 | Review of plan terms form Andy Houston | 0.0833 | $400.00 | $0.00 | $33.32 |
| Farmer Chapter 11 | 12/9/2010 | Conference with Josh re authority for filing 3 AP's | 0.25 | $400.00 | $0.00 | $100.00 |
| Farmer Chapter 11 | 12/9/2010 | Meeting with Legal Assistant re filing of 3 APs | 0.1667 | $400.00 | $0.00 | $66.68 |
| Farmer Chapter 11 | 12/9/2010 | Filing fees for Timbercreek Apts, Edward St. and Honeysuckle St. AP's | | 3 @ $250.00 | $0.00 | $750.00 |
| Farmer Chapter 11 | 12/9/2010 | Review of Plan and email to Matt Underwood re treatment of EMC | 0.3333 | $400.00 | $0.00 | $133.32 |
| Farmer Chapter 11 | 12/15/2010 | Communications with Brock & Scott Attorney re AP, MFRS, Discovery | 0.25 | $400.00 | $0.00 | $100.00 |
| Farmer Chapter 11 | 12/15/2010 | Email to Josh Farmer re MFRS and conversations Brock & Scott Attorney | 0.0833 | $400.00 | $0.00 | $33.32 |
| Farmer Chapter 11 | 12/16/2010 | TC with Josh re Hearing on Disclosure Statement and OMG Views | 0.5833 | $400.00 | $0.00 | $233.32 |
| Farmer Chapter 11 | 12/16/2010 | TC with Underwood and temporary settlement of MFRS | 0.25 | $400.00 | $0.00 | $100.00 |
| Farmer Chapter 11 | 12/17/2010 | Service of AP Fees and Expenses | | | $0.00 | $83.60 |
| Farmer Chapter 11 | 12/17/2010 | Drafting of consent order on MFRS re EMC | 0.4167 | $400.00 | $0.00 | $166.68 |

| Matter | Date | Description | Hours | Rate | Adj | Amount |
|---|---|---|---|---|---|---|
| Farmer Chapter 11 | 12/20/2010 | Editing and revising first draft of the Adminstrator Agreement | 0.5833 | $400.00 | $0.00 | $233.32 |
| Farmer Chapter 11 | | Editing of the proposed Order Denying the Disclosure statement and emails to Andy Houston, Josh and Legal Assistant. | | | | |
| Farmer Chapter 11 | 12/20/2010 | Review of proposed Order on Disclosure Statement | 0.6666 | $400.00 | $0.00 | $266.64 |
| Farmer Chapter 11 | 12/22/2010 | Drafting and editing consent order on relief from stay | 0.5833 | $400.00 | $0.00 | $233.32 |
| | | Drafting of email to Josh and Andy with copy of the order. | | | | |
| Farmer Chapter 11 | 12/22/2010 | Email from Houston re Hodges order | 0.0833 | $400.00 | $0.00 | $33.32 |
| Farmer Chapter 11 | 12/22/2010 | Review email from Josh re MFRS order and editing re changes | 0.25 | $400.00 | $0.00 | $100.00 |
| Farmer Chapter 11 | 12/30/2010 | TC Matt Underwood re status of order and email to Josh | 0.1667 | $400.00 | $0.00 | $66.68 |
| Farmer Chapter 11 | 1/4/2011 | Review and approval of Stay Order from Matt Underwood on EMC and draft emails to Underwood, Josh and Legal Assistant. | 0.3333 | $400.00 | $0.00 | $133.32 |
| Farmer Chapter 11 | 1/4/2011 | Email to Legal Assistant to confirm Houston handling hearings on Jan 12 | 0.0833 | $400.00 | $0.00 | $33.32 |
| Farmer Chapter 11 | 1/4/2011 | Review file and draft letter to Jim Pulliam re Answer of Overbrook in Gaffney Apts AP | 0.25 | $400.00 | $0.00 | $100.00 |
| Farmer Chapter 11 | 1/4/2011 | Confirmation of entry of Consent orders on 2 MFRS | 0.0833 | $400.00 | $0.00 | $33.32 |
| Farmer Chapter 11 | 1/4/2011 | Email to Legal Assistant to confirm settlements to the court | 0.0833 | $400.00 | $0.00 | $33.32 |
| Farmer Chapter 11 | 1/5/2011 | Email with Jim Pulliam re answer to the Gaffney Apts AP | 0.1667 | $400.00 | $0.00 | $66.68 |
| Farmer Chapter 11 | 1/13/2011 | Agreement to Extend time to Answer Gaffney Apts AP | 0.0833 | $400.00 | $0.00 | $33.32 |
| Farmer Chapter 11 | 1/19/2011 | Emails with Jim Cummings re conference and extensions | 0.25 | $400.00 | $0.00 | $100.00 |
| Farmer Chapter 11 | 1/24/2011 | Review of Cherokee County Order of 2009 and Memo to Josh & Andy | 0.4167 | $400.00 | $0.00 | $166.68 |
| Farmer Chapter 11 | 1/24/2011 | TC with Josh re appeal, amended plan, and Gaffney Order | 0.3333 | $400.00 | $0.00 | $133.32 |
| Farmer Chapter 11 | 1/25/2011 | Review of Order of Judge Mullen re stay and tc to Josh | 0.25 | $400.00 | $0.00 | $100.00 |
| Farmer Chapter 11 | 2/2/2011 | Email from Andy Houston re possible reply of OCs re stay and OMG reply | 0.25 | $400.00 | $0.00 | $100.00 |
| Farmer Chapter 11 | 2/9/2011 | Review email from Josh re ruling by Mullen and MFRS hearings | 0.25 | $400.00 | $0.00 | $100.00 |
| Farmer Chapter 11 | 2/10/2011 | Review of Motion to Prohibit Cash Collateral re Overbrook and Gaffney Apts. | 0.3333 | $400.00 | $0.00 | $133.32 |
| Farmer Chapter 11 | 2/10/2011 | Review of orders extending time on two APs and set ticklers | 0.0833 | $400.00 | $0.00 | $33.32 |
| Farmer Chapter 11 | 2/10/2011 | TC with Josh re J. Mullen Hearing and Plan to be submitted | 0.25 | $400.00 | $0.00 | $100.00 |
| Farmer Chapter 11 | 2/10/2011 | Tickler for hearing on cash collateral motion and calendar note | 0.0833 | $400.00 | $0.00 | $33.32 |
| Farmer Chapter 11 | 2/11/2011 | Review of In re Agard from BANKR EDNY, review file and AP, Draft email to Josh with the decision. | 0.50 | $400.00 | $0.00 | $200.00 |
| Farmer Chapter 11 | 2/14/2011 | Review of court schedule for hearings in this case this week | 0.0833 | $400.00 | $0.00 | $33.32 |
| Farmer Chapter 11 | 3/7/2011 | TC with Josh re settlement under 363 plan and ethics issues | 0.75 | $400.00 | $0.00 | $300.00 |
| Farmer Chapter 11 | 4/22/2011 | Drafting Motion for Entry of Default in Timbercreek Apts AP. | 0.25 | $400.00 | $0.00 | $100.00 |
| Farmer Chapter 11 | 4/22/2011 | Drafting of proposed pre-trial order & discovery plan in Gaffney Apts AP | 0.25 | $400.00 | $0.00 | $100.00 |
| Farmer Chapter 11 | 4/22/2011 | Drafting of propsed pre-trial discovery plan in EMC APs re Edwards St. and Honeysuckle St. | 0.4167 | $400.00 | $0.00 | $166.68 |
| Farmer Chapter 11 | 4/22/2011 | Email to Josh to call re APs, status of case, and OMG conflict with hearing date. | 0.1666 | $400.00 | $0.00 | $66.64 |
| Farmer Chapter 11 | 4/22/2011 | Review of notices of hearings in APs and memo to Legal Assistant | 0.3333 | $400.00 | $0.00 | $133.32 |
| Farmer Chapter 11 | 4/25/2011 | Drafting of Stip of Dismissal re Gaffney Apts AP and Email draft to Josh | 0.25 | $400.00 | $0.00 | $100.00 |
| Farmer Chapter 11 | 4/26/2011 | Review email from Josh re approval of Dismissal in Gaffney Apts AP and memo to Legal Assistant to email to Jim Pulliam for approval. | 0.0833 | $400.00 | $0.00 | $33.32 |
| Farmer Chapter 11 | 4/26/2011 | Conference with Legal Assistant re fee application | 0.20 | $400.00 | $0.00 | $80.00 |
| Farmer Chapter 11 | 4/29/2011 | Review of email from Jim Pulliam re approval of filing dismissal in | 0.20 | $400.00 | $0.00 | $80.00 |

| Matter | Date | Description | Hours | Rate | | Amount |
|---|---|---|---|---|---|---|
| | | Gaffney Apts AP and draft email to legal assistant to file based on approval of Jim Pulliam. | | | | |
| Farmer Chapter 11 | 4/29/2011 | Drafting of notice of dismisal in Timbercreek AP and approval | 0.25 | $400.00 | $0.00 | $100.00 |
| Farmer Chapter 11 | 4/29/2011 | Review of file and emails to Walt Pettit & Matt Underwood re status Request that we continue status conferences until June 15, 2011. | 0.20 | $400.00 | $0.00 | $80.00 |
| Farmer Chapter 11 | 5/2/2011 | Review and revise BAC pre trial order | 0.25 | $400.00 | $0.00 | $100.00 |
| Farmer Chapter 11 | 5/2/2011 | Confirmation of new status conference dates and schedule on calendar | 0.1666 | $400.00 | $0.00 | $66.64 |
| Farmer Chapter 11 | 5/2/2011 | Drafting of amended notice of hearings in Edwards St. and Honeysuckle St. APs | 0.3333 | $400.00 | $0.00 | $133.32 |
| Farmer Chapter 11 | 5/3/2011 | Email to the court re change of dates for AP status hearings | 0.0833 | $400.00 | $0.00 | $33.32 |
| Farmer Chapter 11 | 5/3/2011 | Letter to debtors re new status hearing dates and tickler | 0.20 | $400.00 | $0.00 | $80.00 |
| Farmer Chapter 11 | 5/3/2011 | TC with Rick Kane re State Bar Ethicis and affidavit | 0.25 | $400.00 | $0.00 | $100.00 |
| Farmer Chapter 11 | 6/16/2011 | Prepare time and expense record and fee application | 1.25 | $400.00 | $0.00 | $500.00 |
| | | **Totals** | **43.0492** | | | **$17,219.68** |
| | | **Minus retainer** | | | | **-$7500.00** |
| | | **Plus Expenses** | | | | **+$1,108.60** |
| | | **Amount Due** | | | | **$10,828.28** |