

**Consumer Debtor Attorneys**
**403 S. Washington Street**
**Post Office Box 1000**
**Shelby, North Carolina 28151-1000**
**ice: (704)487-0616  Fax: (888) 870-1253**
**Webpage:** www.maxgardner.com

O. Max Gardner, III Attorney at Law
Invoice # 1263 Support Staff Billing

**Client Name: Farmer Chapter 11**                **Bankruptcy Case: 10-40270**

| Date | Hours | Legal Asst: | Description of Work Performed: | Total |
|---|---|---|---|---|
| 04/15/2010 | .25 | C. Hopper | Review and revise Affidavits of OMG and draft ltr Shannon | 23.75 |
| 06/06/2010 | .50 | C. Hopper | Review re EMC Foreclosure, draft letter to McKee and email copy to McKee and Farmer | 47.50 |
| 06/12/2010 | .25 | C. Hopper | Draft letter to Gilchrist re BB&T claim; review and revise | 23.75 |
| 07/02/2010 | .25 | C. Hopper | Save various emails, docs, and memos to file and download and save PACER notices | 23.75 |
| 07/06/2010 | .50 | C. Hopper | Review and revise draft of Farmer vs Ford Motor Credit Company AP | 47.50 |
| 07/15/2010 | .25 | C. Hopper | Download and save PACER notices and Proofs of Claim | 23.75 |
| 07/23/2010 | .25 | C. Hopper | Download and save PACER notices and Proofs of Claim | 23.75 |
| 09/02/2010 | .25 | C. Hopper | Office conference with OMGIII re APs | 23.75 |
| 09/08/2010 | 1.0 | C. Hopper | Review SEC docs and other docs re Gaffney Apts AP re CMBS Trust | 95.00 |
| 09/10/2010 | 5.0 | C. Hopper | Research and draft AP vs 1230 Overbrook Holdings et al re Gaffney Apts. | 475.00 |
| 09/12/2010 | 3.0 | C. Hopper | Review and revise draft AP re Gaffney Apts per OMG notes & instructions | 285.00 |
| 09/13/2010 | 3.5 | C. Hopper | Research and revise draft AP re Gaffney Apts per OMG notes and instructions | 332.50 |
| 09/14/2010 | 3.0 | C. Hopper | Review, revise and convert AP re Gaffney Apts to PDF, prep cover sheet, file via ECF, prep for service | 285.00 |
| 09/16/2010 | 1.0 | C. Hopper | Service of AP and Summons | 95.00 |
| 09/16/2010 |  | C. Hopper | Postage expense for service of AP | 29.40 |
| 09/21/2010 | .25 | C. Hopper | Download and save PACER notices, save various emails, docs and memos to file. | 23.75 |
| 10/07/2010 | .25 | C. Hopper | Download and save PACER notices, save various emails, docs and memos to file. | 23.75 |

| | | | | |
|---|---|---|---|---|
| 10/14/2010 | .25 | C. Hopper | TC to Court and leave message re reissue of summons on CBA Mezzanine re Gaffney Apts. TC with Case Administrator re reissue of summons. | 23.75 |
| 10/15/2010 | .50 | C. Hopper | Download and save reissued summons, research and re-serve Complaint and Summons on CBA Mezzaine re Gaffney Apts. | 47.50 |
| 10/25/2010 | .75 | C. Hopper | Draft Objection to MFRS of Citi, QWR, Mt Dismiss, RTP | 71.25 |
| 10/26/2010 | .75 | C. Hopper | Draft Objection to MFRS of US Bank, Mt Dismiss, RTP, QWR, review for AP v US Bank | 71.25 |
| 10/27/2010 | 6.5 | C. Hopper | Review and revise AP re Timberland Apts; review and revise AP re Honeysuckle St. Ppty, search online records of Rutherford County ROD. | 617.50 |
| 10/28/2010 | 1.0 | C. Hopper | Farmer review and revise MFRS pleadings re Citi convert and file via ECF; download and save PACER notices | 95.00 |
| 11/01/2010 | 1.5 | C. Hopper | Draft ex parte motions to extend stay and continue hearings x 2, revise, convert and file via ECF; draft review, revise, convert and file MFRS pleadings re US Bank via ECF, download and save PACER notices | 142.50 |
| 11/10/2010 | 5.0 | C. Hopper | Review and revise Farmer vs ML-CFC Securitized Trust AP re Timbercreek property, search SEC for the trust. | 475.00 |
| 12/14/2010 | 5.5 | C. Hopper | 3 AP's: review and revise, convert, prep cover sheets, file via ECF | 522.50 |
| 12/15/2010 | 2.5 | C. Hopper | Prep 3 AP's for service and research service addresses for defendants. | 237.50 |
| 12/16/2010 | 2.5 | C. Hopper | Serve Farmer AP's and take to P.O., download and save PACER notices, save emails, memos and docs to file. | 237.50 |
| 12/22/2010 | .25 | C. Hopper | Draft Farmer CO re mfrs and discovery | 23.75 |
| 12/27/2010 | .25 | C. Hopper | Review and revise CO re mfrs and email to OC | 23.75 |
| 12/31/2010 | .25 | C. Hopper | Draft CO re US Bank MFRS, upload to ECF | 23.75 |
| 01/05/2011 | .25 | C. Hopper | Download and save PACER notices, save emails, memos and docs to file | 23.75 |
| 01/06/2011 | .25 | C. Hopper | Download and save PACER notices, save emails, memos and docs to file | 23.75 |
| 02/03/2011 | .25 | C. Hopper | Download and save PACER notices, save emails, memos and docs to file | 23.75 |
| 02/04/2011 | .25 | C. Hopper | Download and save PACER notices, save emails, memos and docs to file | 23.75 |
| 03/21/2011 | .25 | C. Hopper | Download and save PACER notices, save emails, memos and docs to file | 23.75 |
| 04/21/2011 | .25 | C. Hopper | Download and save PACER notices; set ticklers and hearings | 23.75 |
| 05/16/2011 | .25 | C. Hopper | Download and save PACER notices, save emails, memos and docs to file | 23.75 |

| 06/16/2011 | 1.5 | C. Hopper | Draft Fee Application, prepare fee statements | 142.50 |
|---|---|---|---|---|
| 06/21/2011 | 1.0 | C. Hopper | Draft Fee Application | 95.00 |
| | | | | |
| | | | 51.25 hours X $95.00 per hour | $4868.75 |
| | | | Postage Expense | $29.40 |
| | | **Total** | | $4898.15 |