

FILED & JUDGMENT ENTERED
Steven T. Salata

Jun 28 2011

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
George R. Hodges
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | |
|---|---|
| In re: ) | |
| ) | |
| **Joshua and Andrea Farmer** ) | Chapter 11 |
| ) | Case No. 10-40270 |
| Debtors. ) | |
| In re: ) | |
| ) | |
| **Raymond and Diane Farmer** ) | Chapter 11 |
| ) | Case No. 10-40269 |
| Debtors. ) | |

## ORDER CONFIRMING JOINT PLAN OR REORGANIZATION

THIS MATTER having come before the Court upon the *Second Amended Joint Plan of Reorganization of Raymond and Diane Farmer and Joshua and Andrea Farmer Pursuant to Section 1121(a) of the Bankruptcy Code* filed on March 18, 2011, by the above-captioned debtors (the "Plan")(ECF No. 390); as amended by: i) a *Stipulation by and Between Debtors and World Omni Financial Corporation Regarding Valuation of Collateral Under 11 U.S.C. §506(a)(1)*(ECF No. 426), ii) a *Stipulation by and Between Debtors and VW Credit, Inc. Regarding Valuation of Collateral Under 11 U.S.C. §506(a)(1)(ECF No. 427)*, and iii) a *Consent Order Resolving Objection to Disclosure Statement* (ECF No. 442); and

The Court having conditionally approved the *Second Amended Joint Disclosure Statement of Joshua and Andrea Farmer and Raymond and Diane Farmer Relating to Second Amended Joint Plan of Reorganization Pursuant to Section 1125 of the Bankruptcy Code* (the "Disclosure Statement")(ECF No. 391), by the entry of an Order dated March 24, 2011; and

The Court having held a hearing on the confirmation of the Plan and the final approval of the Disclosure Statement on April 27, 2011; and

It having been determined after a hearing on due and appropriate notice that the requirements for confirmation set forth in 11 U.S.C. §§1129(a) and 1129(b) have been satisfied; and

MWH: 10006.001; 00001471.1

It having been determined after a hearing on due and appropriate notice that the Disclosure Statement has satisfied the requirements of 11 U.S.C. §1125; and

It having been determined that the confirmation of the Plan and the approval of the Disclosure Statement are in the best interests of the Debtors, their estates, their creditors and other parties in interest;

IT IS HEREBY ORDERED that:

A. The Plan filed by the above-captioned debtors is confirmed;

B. The Disclosure Statement filed by the above-captioned debtors is approved;

C. Any objections to the Plan and Disclosure Statement are hereby overruled; and

D. The Court hereby waives the fourteen (14) day stay of this Order as set forth in Bankruptcy Rule 3020(e).

| | |
|---|---|
| This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of this Order. | United States Bankruptcy Court |

MWH: 10006.001; 00001471.1