FILED & JUDGMENT ENTERED
Steven T. Salata

Jul 26 2011

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
George R. Hodges
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| **RAYMOND B. FARMER AND DIANE P. FARMER,** ) | **CHAPTER 11 CASE NO. 10-40269** |
| Debtors. ) | |
| **JOSHUA FARMER AND ANDREA FARMER,** ) | **CHAPTER 11 CASE NO. 10-40270** |
| Debtors. ) | |

## ORDER APPROVING FIRST FEE APPLICATION

**THIS CAUSE** coming on to be heard, and being heard, before the undersigned Judge of the United States Bankruptcy Court for the Western District of North Carolina, upon the application of the Attorney for the Debtors seeking compensation and reimbursement of fees and expenses; and

**IT APPEARING** to the undersigned that this court has jurisdiction over the parties and over the subject matter of this application; and

**IT FURTHER APPEARING** to the undersigned that all parties in interest received notice of this application and of the time, date and place of this hearing and that no parties have filed timely objections or otherwise appeared in opposition to the said application and that the time for filing any such objection has expired; and

**IT FURTHER APPEARING** to the undersigned that O. Max Gardner, III and MaxGardnerLaw, PLLC, ("Gardner") attorneys for Debtors, applied to the Court for an Order for a first interim allowance of attorneys' fees for professional services rendered to the Debtors and for reimbursement for actual and necessary costs incurred through June 21, 2011, pursuant to §§ 327, 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016. Counsel to the Debtors seeks total compensation for post-petition attorney services in the amount of Nine Thousand Seven Hundred and Nineteen Dollars and sixty-eight Cents ($9719.68); and compensation for post-petition paralegal services in the amount Four Thousand Eight Hundred Sixty-Eight Dollars and Seventy-Five Cents ($4868.75); and reimbursement for total out-of-pocket expenses in the amount of One Thousand One Hundred Thirty-Eight Dollars and No Cents ($1138.00) for a grand total of $15,726.43, for actual, necessary services rendered and actual, necessary expenses incurred; and

**IT FURTHER APPEARING** to the undersigned that the fees and expenses of O. Max Gardner, III and the law office of MaxGardnerLaw, PLLC as set forth in the application are found to be reasonable and appropriate and meet with this Court's approval; and

**IT FURTHER APPEARING** to the undersigned that the said fees and expenses as set forth in the first fee application of O. Max Gardner, III and MaxGardnerLaw, PLLC should be and hereby are approved in the total sum of $15,726.43.

**IT IS THEREFORE SO ORDERED.**

This Order has been signed electronically.  The judge's signature and court's seal appear at the top of the Order

United States Bankruptcy Court