IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | |
|---|---|
| In re: | ) |
| | ) |
| **Joshua and Andrea Farmer** | ) Chapter 11 |
| | ) Case No. 10-40270 |
| _____Debtors._____ | ) |
| In re: | ) |
| | ) |
| **Raymond and Diane Farmer** | ) Chapter 11 |
| | ) Case No. 10-40269 |
| _____Debtors._____ | ) |

QUARTERLY FEE STATEMENT
Pursuant to Fed. R. Bankr. P. 2015(a)(5)

FOR CALENDAR QUARTER ENDING December 31, 2013.

**DISBURSEMENTS FOR JOSHUA AND ANDREA FARMER***

1. 

| MONTH | DISBURSEMENTS |
|---|---|
| October 2013 | $8,219.69 |
| November 2013 | $4,735.20 |
| December 2013 | $9,077.34 |
| **TOTAL DISBURSEMENTS FOR QUARTER** | **$22,032.23** |
| QUARTERLY FEE OWED PURSUANT TO 28 U.S.C. § 1930 (a)(7) | $650.00 |
| QUARTERLY FEE PAID | $650.00 |
| AMOUNT OF UNPAID FEES (IF ANY) | $5,525.00 |

I, Joshua Farmer, acting as the duly authorized agent for the Debtors-In-Possession, declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in this Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: January 31, 2014

_____
Joshua Farmer

**The check for payment of the quarterly fee should be attached to the original of this
Quarterly Fee Statement filed with the clerk of court.**

*For periods subsequent to plan confirmation, this includes payments pursuant to the confirmed plan as well as all other disbursements.